UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff _Forest Laboratories, Inc._

-v-

Defendant _Leif Nissen_

Case No.

**Rule 7.1 Statement**

07 CV 7399 (AKH)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Forest Laboratories, Inc_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

_None._

Date: _August 20, 2007_

Signature of Attorney

Attorney Bar Code: _CS 7746_

Form Rule7_1.pdf