UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FOREST LABORATORIES, INC.,  :
                                Plaintiff,  :  Index No. 07 CV 7399

      - against -  :

LEIF NISSEN,  :

                              Defendant.  :
------------------------------------------------------------------x

## SECOND DECLARATION OF CHRISTOPHER SERBAGI IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

      I CHRISTOPHER SERBAGI, an attorney duly licensed to practice law before this Court, declares the following facts under penalty of perjury:

    1. I represent the Plaintiff Forest Laboratories, Inc. ("Forest") in the above-captioned matter and am fully familiar with the facts set forth herein. I submit this Declaration in support of Plaintiff's application for a temporary restraining order and preliminary injunction. In particular, I provide herein additional evidence of the Defendant's bad faith efforts to improperly profit from the good will associated with Forest's famous LEXAPRO trademark.

    2. Strong evidence of the Defendant's bad faith is set forth in the Declaration of Eric A. Agovino dated August 17, 2007 and the Declaration of Christopher Serbagi, dated August 20, 2007.

3. My additional investigation indicates that the Defendant has never used the domain name "lexipro.com" in connection with a legitimate business but has always sought only to unlawfully profit from the good will associated with Forest's famous LEXAPRO trademark.

4. A company called the Internet Archive owns a service called the "Way-Back Machine," located at www.waybackmachine.org. The Way Back Machine is a well known and reliable service that provides snap shots of web pages that have appeared on the Internet in the past. The Defendant has owned the domain name "lexipro.com" since January 2002. The only web page that appeared on the Way Back Machine in connection with the domain name "lexipro.com" is attached hereto as Exhibit A. The "lexipro.com" web page has been run by a company called "Information.Com," which provides links to dozens of different advertisers who offer services from on-line gambling, finance, dating, real estate services, and travel. The web page for the Company "Information.Com" indicates that it pays holders of domain names when users click on links provided by advertisers. On information and belief, Defendant has obtained revenues for years based on users who have been improperly directed from a site they thought was connected with the Forest product LEXAPRO to the sites sponsored by Defendant and "Information.Com."

5. Defendant registered the domain name after LEXAPRO was already heavily touted in the press, after Forest filed its intent-to use application for LEXAPRO, and after Forest registered the domain name "lexapro.com." Defendant's sole use of the "lexipro.com" domain name has been in connection with pay-per-click sites, which is further evidence that the Defendant registered and employed the domain name

"lexipro.com," not as part of a legitimate business concern, but as part of an effort to profit from Forest's famous LEXAPRO mark. Defendant's ongoing efforts to link "lexipro.com" to on-line pharmacies, on-line gambling sites, and other sites not sponsored by Forest is causing irreparable damage to Forest and to Forest's LEXAPRO mark.

Dated: August 21, 2007
       New York, New York

_____
CHRISTOPHER SERBAGI

# EX. A

# Information.com
*What you need, when you need it*

January 9, 2007

Bookmark this page   Make this your homepage

Reverse Mortgage | Poker Online | 55rv Resorts | Online Casino | Online Insurance Quotes | 55 Over Information | Retire Early

## Popular Links

- **Reverse Mortgage**
- **Poker Online**
- **55rv Resorts**
- **Online Casino**
- **Online Insurance Quotes**
- **55 Over Information**
- **Retire Early**
- **Retirement Information**
- **Aarp**
- **Texas Holdem**

## Popular Categories

| | | |
|---|---|---|
| Reverse Mortgage | Poker Online | 55rv Resorts |
| Online Casino | Online Insurance Quotes | 55 Over Information |
| Retire Early | Retirement Information | Aarp |
| Texas Holdem | 1035 Exchange | Retirement Calculator |

### Favorite Categories

**Travel**
- Airline tickets
- Hotels
- Car rental
- Flights
- South Beach Hotels

**Finance**
- Free credit report
- Online Payment
- Credit Card Application
- Car Insurance
- Health insurance

**Home**
- Foreclosures
- Houses For Sale
- Mortgage
- People Search
- Real Estate Training

**Business**
- Employment
- Work from home
- Reorder Checks
- Used Cars
- Business Opportunities

**Entertainment**
- Games
- Casino
- Music
- Cell Phones
- Ringtones

**Lifestyle**
- Dating
- Christian Singles
- Jewish Singles
- Engagement Rings
- Chat

Search   [ Search ]

Reverse Mortgage | Poker Online | 55rv Resorts | Online Casino | Online Insurance Quotes | 55 Over Information | Retire Early



**Information.com is an Oversee.net company.**

Oversee.net is a privately-held, growing, profitable online advertising company that provides advertisers with results-driven access to online inventory and publishers with a way to monetize web, search and e-mail traffic. In addition to these advertising business units, Oversee.net has a Consumer Brands business unit which owns and develops several marquee consumer web properties, **Information.com** and **NewsAlerts.com**, and **BlogSource.com**.

**Our History**

Oversee.net has grown to a team of almost 60 people in less than four years. Founded in 2000 and based in Los Angeles, the Company has flourished without outside funding. All growth has been organic, much of which occurred during the Internet advertising slowdown from 2000 to 2002. During the past four years, Oversee.net has been profitable and its revenues have increased more than 5000%.

**Content Partnerships**

If you would like to provide content to Information.com, click here.

**Marketing and Business Development**

If you are interested in forming a marketing or business relationship with Information.com, click here.

**Media Inquiries**

If you would like to learn more about Information.com, click here.

Information Home | Feedback

Privacy Policy | Terms of Service | About Information.com | Our Mission | Login | Join Now | Help

2005 Information.com