<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of August, 2007, pursuant to Order of Judge Loretta Taylor Swain, I caused a true and correct copy of (i) the Summons, dated August 20, 2007; (ii) Complaint, dated August 20, 2007; (ii) Order to Show Cause, dated August 17, 2007; (iii) Declaration of Christopher Serbagi, dated August 20, 2007; (iii) Second Declaration of Christopher Serbagi, dated August 21, 2007; (iv) Declaration of Eric Agovino, dated August 17, 2007; and (v) Plaintiff's Rule 65(b) Attorney Certification, dated August 20, 2007, to be served via electronic communication on:

>   Mr. Leif Nissen
>   7800 1st St. No.
>   St. Petersburg, Florida 33702
>   leif@properhosting.com
>   nissen.leif@gmail.com

>   LAW OFFICES OF CHRISTOPHER SERBAGI
>
>   By: _____
>   Christopher Serbagi
>   488 Madison Avenue, Suite 1120
>   New York, New York 10022
>   Tele: (212) 593-2112
>   Fax: (212) 308-8582
>
>   Attorney for the Plaintiff Forest Laboratories, Inc.