UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FOREST LABORATORIES, INC.

                   Plaintiff,

  -against-

LEIF NISSEN,

                  Defendant.

------------------------------------------------------------ x

**ORDER GRANTING PRELIMINARY INJUNCTION**

07 Civ. 7399 (AKH)

     Upon the Declaration of Eric M. Agovino and Christopher Serbagi, attorneys for the Plaintiff, dated August 17, 2007, and by consent of the parties, it is hereby

     ORDERED that the Defendant is ordered to take all necessary measures to ensure that the domain name "lexipro.com" is not used in any manner on the Internet, including use by others whom Defendant has employed or retained to use the domain name "lexipro.com."

     Pursuant to Rule 65(d) of the Federal Rules of Civil Procedure, this Order is binding upon the parties, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the Order by personal service or otherwise.

SO ORDERED.

Dated:    September 12, 2007
              New York, New York

                                               ALVIN K. HELLERSTEIN
                                             United States District Judge