## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2007, I caused to be served upon the following, by the methods described below, a true copy of Plaintiff's Amended Complaint on Defendant.

OVERNIGHT DELIVERY
ELECTRONIC COMMUNICATION

James W. Dabney, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980


LAW OFFICES OF CHRISTOPHER SERBAGI

By: *(signature)*
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tele: (212) 593-2112
Fax: (212) 308-8582

Attorney for the Plaintiff Forest Laboratories, Inc.