UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FOREST LABORATORIES, INC.,
:
: Plaintiff,
:  ECF CASE
: - against -
:  07 Civ. 7399 (AKH) (MHD)
:
LEIF NISSEN,
:  NOTICE OF MOTION
:
: Defendant.
:
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the Amended Complaint, the Declaration of Leif Nissen sworn to September 21, 2007, the Declaration of James W. Dabney sworn to September 21, 2007, the Memorandum in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, and upon all papers filed and hearings held herein, the undersigned will move this Court, the Honorable Michael H. Dolinger, United States Magistrate Judge, at Room 17D, United States Courthouse, 500 Pearl Street, New York, 10007, on the 15th day of October, 2007, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order dismissing this action for lack of personal jurisdiction and for in a proper venue pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

Dated:    New York, New York
             September 21, 2007

                                                FRIED, FRANK, HARRIS, SHRIVER
                                                  &JACOBSON LLP

                                                By: _____
                                                   James W. Dabney
                                                   Sarah Krissoff
                                           One New York Plaza
                                           New York, New York 10004-1980
                                           (212) 859-8000

                                           Attorneys for Defendant
                                           Leif Nissen

556239

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 21st day of September, 2007 I caused to be served upon the following, by the methods described below, true copies of Defendant's Motion to Dismiss, Memorandum in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, Declaration of Leif Nissen and Declaration of James W. Dabney.

**Hand Delivery**

Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
*Attorneys for Plaintiff*

Dated: New York, New York
       September 21, 2007

_____
Jeffrey J. Bednar
Paralegal

556410