# EXHIBIT 1

# lexipro.com

Search the Web: [_____] Go

Depression    Lexapro    Anxiety Attack    Panic Disorder    Anxiety    Lexapro Medication    Manic Depression



### Lexapro™ - Official Site
Get More Information on **Lexapro** and Depression with Our Online Guides.
www.Lexapro.com

### The Road Back - How to Get off Lexapro
If you are suffering from drug side effects, there is a solution.
www.theroadback.org

### Buy Lexapro Online
Get Rx medications at Wholesale Prices From Our Licensed Online Canadian Pharmacy and Save Over 70%.
www.canadianpharmacymeds.com

### Lexapro - Money Back Guarantee
**Lexapro** 20mg 90 $121. Free Shipping.
www.CanPharm.com

### Buy Lexapro Now. Free Shipping
Please compare our brand and generic prices all with free shipping.
www.planetdrugsdirect.com

### Lexapro - Better Price Guaranteed
We will give you a lower price, guaranteed. Fast delivery guaranteed. Open 7 days. Order online or toll-free. Fully licensed Canadian pharmacy.
www.GetCanadianDrugs.com

### Lexapro - Lowest Price Guarantee
We will match any competitor's price - guaranteed. Over 500,000 customers. Quality medications from a licensed pharmacy. A top Canadian pharmacy (rated by Alexa).
www.CanadaPharmacy.com

### Lexapro 10mg 90 $99
Customer Satisfaction Guaranteed! Free Shipping Over $100.
www.CanadaMedicineShop.com

### Buy Lexapro - Wholesale Prices
Buy **Lexapro** - We Will Beat All Competitors' Prices on All Prescription Drugs. We Guarantee Low Prices and Fast Delivery.
www.CanadaDrugPharmacy.com

### OCD Information
Ask Question & Get Answers About Mental Conditions & Treatment.
RevolutionHealth.com

**Related Searches**

- Depression
- Lexapro
- Anxiety Attack
- Panic Disorder
- Anxiety
- Lexapro Medication
- Manic Depression
- Depression Treatment
- Depression Symptoms
- Clinical Depression
- Postpartum Depression
- Anxiety Depression
- Depression Information
- Depression Medication
- Depression And Anxiety



©2007 lexipro.com All rights reserved.