# EXHIBIT 1

# lexipro.com

Search the Web: [    ] Go

Depression    Lexapro    Anxiety Attack    Panic Disorder    Anxiety    Lexapro Medication    Manic Depression



## Lexapro™ - Official Site
Get More Information on **Lexapro** and Depression with Our Online Guides.
www.Lexapro.com

## The Road Back - How to Get off **Lexapro**
If you are suffering from drug side effects, there is a solution.
www.theroadback.org

## Buy **Lexapro** Online
Get Rx medications at Wholesale Prices From Our Licensed Online Canadian Pharmacy and Save Over 70%.
www.canadianpharmacymeds.com

## **Lexapro** - Money Back Guarantee
**Lexapro** 20mg 90 $121. Free Shipping.
www.CanPharm.com

## Buy **Lexapro** Now, Free Shipping
Please compare our brand and generic prices all with free shipping.
www.planetdrugsdirect.com

## **Lexapro** - Better Price Guaranteed
We will give you a lower price, guaranteed. Fast delivery guaranteed. Open 7 days. Order online or toll-free. Fully licensed Canadian pharmacy.
www.GetCanadianDrugs.com

## **Lexapro** - Lowest Price Guarantee
We will match any competitor's price - guaranteed. Over 500,000 customers. Quality medications from a licensed pharmacy. A top Canadian pharmacy (rated by Alexa) .
www.CanadaPharmacy.com

## **Lexapro** 10mg 90 $99
Customer Satisfaction Guaranteed! Free Shipping Over $100.
www.CanadaMedicineShop.com

## Buy **Lexapro** - Wholesale Prices
Buy **Lexapro** - We Will Beat All Competitors' Prices on All Prescription Drugs. We Guarantee Low Prices and Fast Delivery.
www.CanadaDrugPharmacy.com

## OCD Information
Ask Question & Get Answers About Mental Conditions & Treatment.
RevolutionHealth.com

### Related Searches

- Depression
- Lexapro
- Anxiety Attack
- Panic Disorder
- Anxiety
- Lexapro Medication
- Manic Depression
- Depression Treatment
- Depression Symptoms
- Clinical Depression
- Postpartum Depression
- Anxiety Depression
- Depression Information
- Depression Medication
- Depression And Anxiety

©2007 lexipro.com All rights reserved.