# EXHIBIT 2

Case 1:07-cv-07399-AKH-MHD    Document 29-3    Filed 09/21/2007    Page 1 of 3

Lexipro.com - The Best Lexipro Resources and Information

08/20/2007 12:02 PM

| Lexipro | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LEXIPRO.COM

 Search

Language: [ English ]

**POPULAR SEARCHES**
- Lexipro
- MP3s
- Loans
- Jobs
- Music
- Internet
- Flowers
- Shopping
- Fitness
- Education

For Lexipro try these sponsored results:

### Weight gain solution.
There is a reason and solution for antidepressant weight gain.
www.theroadback.org

### Side-effects of medicine
Your immune system is weakened Sulfa, nsaid, ibuprofen, advil
www.stevensjohnsonsyndrome.org

### Antidepressant Help
Safe, Natural, Step-by-Step Plan to Withdraw Comfortably. Free Support!
www.labelmesane.com

### Side effects
Looking for Side effects? Find Side effects Here.
www.clinical-depression.net

### ENABLEX® (darifenacin)
It's Time to Take Control of Your Overactive Bladder - Learn How!
ENABLEX.com

### Zelnorm Heart Attack Risk
IBS drug linked to heart attack and stroke. Seeger Weiss LLP.
www.lawyerseek.com/Zelnorm/

### Anxiety Herbal Remedy
PureCalm is clinically formulated, proven effective, safe and natural.
www.nativeremedies.com

### SSRIs & PPHN in Newborns
If you took an SSRI while pregnant You should know your legal rights
www.ssri-birthdefects.com/

### Drug Dosages Community
Online Health Community. Join & Get More Info on Health Related Topics.
www.ClinicalHealth.USNews.com

### Wholesale Drugs
Save Over 80% On Prescriptions We Beat All Competitors' Price

www.canadadrugpharmacy.com

| Lexipro | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

Privacy Policy

sedo  This page provided to the domain owner **free** by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains  | Sell Domains  | Premium Domains  | Domain Appraisal  | Domain Names for Sale  | Domain Parking  | Domain Transfer  | Domain Auction  | Domain Name