```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FOREST LABORATORIES, INC,           :
                                    :
                Plaintiff,          :
                                    :            ORDER
        -against-                   :
                                    :     07 Civ. 7399 (AKH)(MHD)
LEIF NISSEN,                        :
                                    :
                Defendant           :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion to dismiss the complaint having been filed by plaintiff on September 21, 2007,

It is hereby **ORDERED**:

1. Defendants are to serve and file any response to plaintiff's motion by no later than October 8, 2007.

2. Plaintiff is to serve and file any reply papers by no later than October 15, 2007.

DATED: New York, New York
September 26, 2007

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Christopher Serbagi, Esq.
Law Office of Christopher Serbagi
488 Madison Ave
Suite 110
New York, NY 10022

Eric M. Agovino, Esq.
Patent Counsel
Forest Laboratories, Inc.
909 Third Avenue
New York, NY 10022

James Dabney, Esq.
Fried, Frank, Harris,
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004