UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FOREST LABORATORIES, INC.,                : ECF CASE
                                          :
                    Plaintiff,            : Index No. 07 CV 7399 (AKH)
                                          :
        - against -                       : **NOTICE OF DISMISSAL**
                                          :
LEIF NISSEN,                              :
                                          :
                    Defendant.            :
-----------------------------------------------------------------x

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Forest Laboratories, Inc. dismisses this action. Leave of Court is not required because the Defendant has not yet served its answer or filed a motion for summary judgment.

Dated: New York, New York
       October 9, 2007

                    LAW OFFICES OF CHRISTOPHER SERBAGI

                    By: _____
                    Christopher Serbagi, Esq. (CS 7746)
                    488 Madison Avenue, Suite 1120
                    New York, New York 10022
                    Tele: 212-593-2112
                    Fax: 212-308-8582

                    Attorney for Plaintiff

SO ORDERED: 10/10/07

_____
U.S.D.J.