## LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE

SUITE 1120

NEW YORK, NEW YORK 10022

(212) 593-2112

FACSIMILE: (212) 308-8582

c.serbagi@att.net



October 10, 2007

Via Federal Express
Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street, Room 1050
New York, New York 10007

Re: Forest Laboratories, Inc. v. Leif Nissen, Index. No. 07 CV 7399 (AKH)

Dear Judge Hellerstein:

I am counsel for Plaintiff Forest Laboratories, Inc. ("Forest") in the above-entitled action. Forest filed a voluntary Notice of Dismissal today pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. I write to request that the Court Order the Clerk of the Court to release the $25,000 bond that Forest posted on August 22, 2007.

On August 21, 2007, Judge Loretta Swain issued the attached temporary restraining order, set September 5, 2007 for a preliminary injunction hearing, and Ordered that Forest post a $25,000 bond. Upon Forest's request, the Court subsequently adjourned the hearing for September 11, 2007. By letter dated September 4, 2007, Defendant consented to all the relief set forth in Forest's request for a preliminary injunction. Because the Defendant has consented to the preliminary injunctive relief and now that Forest has dismissed the case, Forest respectfully requests that the Court release to Forest the $25,000 bond that it posted on August 22, 2007.

Forest thanks the Court for assistance in this matter.

Respectfully Submitted,

Christopher Serbagi

cc: James Dabney, Esq. (Federal Express)