UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
FOREST LABORATORIES, INC.,
                        Plaintiff,

        - against -

LEIF NISSEN,

                        Defendant.
---------------------------------------------------------------- x

ECF CASE

07 CIV. 7399 (AKH) (MHD)

## SECOND DECLARATION OF LEIF NISSEN

1. My name is Leif Nissen. I reside at 7800 North First Street, St. Petersburg, Florida. I am 27 years old. I have resided in St. Petersburg since May 2004. I have personal knowledge of the matters stated in this declaration.

2. Annexed hereto as Exhibit 1 is a fax letter dated August 22, 2007, that apparently was sent to me by Christopher Serbagi, Esq. I did not see this fax until October 19, 2007.

3. On or about September 11, 2007, a Summons and a copy of the Complaint in this action were delivered to my home by a process server for the first time.

I, LEIF NISSEN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2007

                                              _____
                                                    Leif Nissen

557971