# EXHIBIT 3

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line:  212.859.8966
Fax:  212.859-4000
dabnejam@ffhsj.com

September 5, 2007

**BY TELECOPIER**

Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022

       Re:    <u>Forest Laboratories, Inc. v. Nissen</u>

Dear Mr. Serbagi:

       We received today, by regular mail, a letter dated August 30, 2007, from your office to Judge Hellerstein, which states that it was purportedly served on the undersigned "via facsimile." This letter will record our request that your office provide us with a fax confirmation receipt or any other record showing that your August 30 letter was, in fact, served on the undersigned via facsimile.  Your regular mailed letter of August 30 also included no enclosures.

       Your August 30 letter refers to "Plaintiff's request to combine its request for a preliminary injunction hearing with a trial on the merits."  This letter will record our request that your office provide us with a copy of any affidavit of service that was prepared at the time that this "request to combine" was submitted, and any other record showing that the plaintiff served this "request to combine" on Mr. Nissen or this office.

       Your August 30 letter also refers to (but does not enclose) an "Endorsed letter (i) granting Plaintiff's request to combine its request for a preliminary injunction hearing with a trial on the merits."  This letter will record our request that your office provide us with a fax confirmation sheet or any other record showing that a copy of this purported order setting trial was served on Mr. Nissen or this office.

                                 Very truly yours,

                                 James W. Dabney

JWD:jc

# Confirmation Report — Memory Send

Date & Time: Sep-05-2007  05:43pm
Tel line   : +212 859 8584
Machine ID : 24C FFHS&J LLP

| | | |
|---|---|---|
| Job number | : | 753 |
| Date & Time | : | Sep-05 05:39pm |
| To | : | 912123088582 |
| Number of pages | : | 002 |
| Start time | : | Sep-05 05:39pm |
| End time | : | Sep-05 05:43pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 753          *** SEND SUCCESSFUL ***

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com

# FAX COVER SHEET

FRIED FRANK

**Date:**               September 5, 2007
**From:**               James W. Dabney
**Sender's Phone:**     212.859.8966
**Sender's Fax:**       212-859-8589
**Sender's Email:**     dabnejam@ffhsj.com
**Number of Pages** (including cover sheet): 2

| **Recipient** | **Company** | **Fax** | **Phone** |
|---|---|---|---|
| Christopher Serbagi, Esq. | Law Offices of Christopher Serbagi | 212-308-8582 | 212-593-2112 |

**Comments:**

If you have any problems receiving this transmission, please contact us at 212.859.8362.
*******************************************

IRS Circular 230 Disclosure: Any U.S. tax advice herein (or in any attachments hereto) was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. tax penalties. Any such tax advice that is used or referred to by others to promote, market or recommend any entity, plan or arrangement should be construed as written in connection with that promotion, marketing or recommendation, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

*******************************************

Confidentiality Notice:
The information contained in this facsimile message may be legally privileged and confidential. It is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us. Thank you.
    A Delaware Limited Liability Partnership
    New York • Washington • London • Paris • Frankfurt • Hong Kong