# EXHIBIT 4

Case 1:07-cv-07399-AKH-MHD    Document 37-5    Filed 10/23/2007    Page 1 of 4

# LAW OFFICES OF CHRISTOPHER SERBAGI

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** James W. Dabney, Esq. | **FROM:** Christopher Serbagi, Esq. |
| **COMPANY:** Fried, Frank, Harris, Shriver & Jacobson LLP | **DATE:** September 6, 2007 |
| **FAX NUMBER:** 212-859-4000 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** 212-859-8000 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Attached letter | **YOUR REFERENCE NUMBER:** |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

---

488 MADISON AVENUE ❖ SUITE 1120 ❖ NEW YORK, NY 10022
(212) 593-2112 TELEPHONE   (212) 308-8582 FACSIMILE

# LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE

SUITE 1120

NEW YORK, NEW YORK 10022

(212) 593-2112

FACSIMILE: (212) 308-8582

c.serbagi@att.net

August 30, 2007

Via Overnight Delivery
Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street, Room 1050
New York, New York 10007

    Re: Forest Laboratories, Inc. v. Leif Nissen, Index. No. 07 CV 7399(AKH)

Dear Judge Hellerstein:

    I am counsel for Plaintiff Forest Laboratories, Inc. ("Forest") in the above-entitled action. I respectfully enclose courtesy copies of the following documents.

1. The Order to Show Cause, signed by Judge Loretta Talyor Swain on August 21, 2007, along with the following documents in support, namely (i) Summons and Complaint; (ii) Declaration of Eric M. Agovino; (iii) First and Second Declarations of Christopher Serbagi; and (iv) Plaintiff's Rule 65(b) Certification.

2. Plaintiff's pre-trial memorandum of law and the following documents in support, namely (i) Affidavit of Sigmund Solares; (ii) Second Declaration of Eric Agovino; and (iii) Third Declaration of Christopher Serbagi. The documents listed in Part I are also cited in Plaintiff's pre-trial memorandum.

3. Judge Swain's Endorsed letter (i) granting Plaintiff's request to combine its request for a preliminary injunction hearing with a trial on the merits pursuant to Rule 65(a)(2) and (ii) setting trial on this matter for September 11, 2007.

    I recognize that the Court's individual rules require that the Plaintiff's exhibit tabs be numbered. I used letter tabs for the papers identified in point 1 above at a time when this case was not yet assigned to this Court. Under those circumstances, I felt it would be confusing to

CHRISTOPHER SERBAGI, ESQ.

submit the most recent papers with numbered tabs, so I used letter tabs to be consistent. I hope this is acceptable to the Court.

Respectfully Submitted,

Christopher Serbagi

cc: Mr. James Dabney (via facsimile)

2