USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

FOREST LABORATORIES, INC,

Plaintiff,

-against-

LEIF NISSEN,

Defendant

---------------------------------X

**ORDER**

**07 Civ. 7399 (AKH)(MHD)**

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion for an award of attorney's fees having been filed by the defendant on October 23, 2007,

It is hereby **ORDERED**:

1. Plaintiff is to serve and file any response to defendant's motion by no later than NOVEMBER 21, 2007.

2. Defendant is to serve and file any reply papers by no later than DECEMBER 4, 2007.

3. At the request of defendant, oral argument on this motion will be heard on **DECEMBER 11, 2007**, **at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street,

New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED: New York, New York**
**October 25, 2007**

**SO ORDERED.**

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Christopher Serbagi, Esq.
Law Office of Christopher Serbagi
488 Madison Ave
Suite 110
New York, NY 10022

Eric M. Agovino, Esq.
Patent Counsel
Forest Laboratories, Inc.
909 Third Avenue
New York, NY 10022

James Dabney, Esq.
Fried, Frank, Harris,
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004