# EXHIBIT D

Results of Escitalopram and Celexa(TM) Studies Presented at Major Scientific Conference

company snapshot   print   e-mail   link          RSS   Technorati   Blog Search   bookmark it   blog it

## Results of Escitalopram and Celexa(TM) Studies Presented at Major Scientific Conference

Forest Laboratories, Inc.

FOREST LABORATORIES LOGO
Forest Laboratories Inc. Logo. (PRNewsFoto)[AG]
NEW YORK, NY USA

NEW YORK, Dec. 13 /PRNewswire/ -- Forest Laboratories, Inc. (NYSE: FRX) announced that clinical study results were presented today at an annual meeting of neuropsychopharmacologists, including a trial demonstrating that escitalopram helps prevent the relapse of depressive episodes when used as maintenance therapy.  Other research presented at the meeting included: a pooled analysis of flexible-dose studies demonstrating that patients with major depressive disorder treated with either escitalopram or Celexa(TM) (citalopram HBr) showed significantly greater improvement than patients receiving placebo, and a study demonstrating that Celexa may significantly reduce depression in adolescents and children.

(Photo:  http://www.newscom.com/cgi-bin/prnh/20001011/FORESTLOGO )
Celexa, a selective serotonin reuptake inhibitor (SSRI) for the treatment of depression marketed by Forest Laboratories, is the fastest growing SSRI in the United States.  Escitalopram, a single isomer derived from Celexa, is an investigational SSRI for depression and other disorders.  Forest submitted a New Drug Application for escitalopram to the U.S. Food and Drug Administration earlier this year.  Escitalopram will be marketed by Forest Laboratories in the U.S. under the trade name Lexapro(TM).

"Forest is committed to the development of effective medications for the treatment of depression, and the results of these studies are especially encouraging," said Howard Solomon, chairman and chief executive officer, Forest Laboratories.

Escitalopram and Prevention of Relapse
In a study of patients with major depressive disorder aged 18 to 81 years, fewer patients treated with escitalopram relapsed and their time to relapse was significantly longer than those receiving placebo.  The risk of relapse was shown to be 44 percent lower in patients treated with escitalopram than in those treated with placebo.  Escitalopram-treated patients also exhibited significantly fewer symptoms of depression during the double-blind phase than those patients who received placebo.

"Individuals with depression face the possibility of relapsing and experiencing another depressive episode, even after achieving initial success with antidepressant treatment," said Mark Rapaport, M.D., associate professor at the University of California San Diego School of Medicine and the study's lead investigator.  "This study demonstrates that escitalopram can effectively reduce the risk of relapse after an initial response to treatment, allowing people with depression to lead more productive lives."

The study began with an initial eight-week, flexible-dose, open-label treatment phase with escitalopram.  Escitalopram was flexibly dosed between 10 mg and 20 mg per day during this open-label phase.  Patients who were classified as responders were then randomly assigned to 36 weeks of double-blind, fixed-dose treatment.  Of the 274 patients in the fixed-dose treatment phase, 181 patients received escitalopram, and 93 patients received placebo.  Patients received the same dose of escitalopram during the fixed-dose phase as they had received at the end of the open-label phase.  The primary efficacy variable was time to depression relapse from the start of the

Results of Escitalopram and Celexa(TM) Studies Presented at Major Scientific Conference

double-blind treatment phase.

Pooled Analysis of Flexible-Dose Studies
A pooled analysis of two earlier randomized, double-blind, flexible-dose, placebo-controlled studies with a total of 844 patients showed that patients with major depressive disorder who were treated with either escitalopram or Celexa showed significantly greater improvement than depressed patients receiving placebo. Dosing of escitalopram and Celexa was adjusted as needed at specified intervals during the eight-week studies. Escitalopram was dosed at 10 mg or 20 mg per day, with a mean daily dose of 12.6 mg throughout the studies; Celexa was dosed at either 20 mg or 40 mg per day with a mean daily dose of 25.5 mg throughout the studies. The analysis showed that escitalopram and Celexa were both statistically superior to placebo on all efficacy measures. However, this superiority was demonstrated by escitalopram in the first week of treatment and later in the study by Celexa.
In both studies, escitalopram was well tolerated, with some patients experiencing adverse events including headache, nausea, diarrhea, and insomnia. Similar to previously reported studies, escitalopram discontinuation rates due to adverse events were comparable to placebo.

Celexa in the Treatment of Pediatric Depression
Celexa was shown to reduce symptoms of depression in adolescents and children with major depressive disorder to a significantly greater extent than placebo in a randomized, double-blind, placebo-controlled, flexible-dose study of 174 pediatric patients (83 children and 91 adolescents). Thirty-six percent of patients treated with Celexa for eight weeks demonstrated a reduction in depressive symptoms compared to 24 percent in the placebo group. Symptoms of depression in the Celexa group began to decrease significantly in the first week of the study and continued to decrease throughout the study. The study also showed that Celexa was well tolerated. The primary outcome measure was the Children's Depression Rating Scale-Revised (CDRS-R), a standard diagnostic tool.
"This study is significant because few studies involving any antidepressant have shown efficacy compared to placebo in the treatment of depression in children and adolescents," said Karen Dineen Wagner, MD, PhD, Department of Psychiatry and Behavioral Sciences, University of Texas Medical Branch at Galveston, and the study's lead author. "Citalopram is now one of the few therapies for which we have data showing safety and efficacy for this population."
Children in the study were 7 to 11 years old, and adolescents 12 to 17 years old. All patients in the treatment arm were given 20 mg per day of Celexa at the start of the study. Investigators had the option to increase the dose to 40 mg per day any time after the fourth week. The mean daily dose of Celexa in the final week of the study was 23.3 mg for children and 24.4 mg for adolescents. The rate of discontinuation due to adverse events was comparable in the Celexa and placebo groups (5.6 percent vs. 5.9 percent), suggesting that Celexa doses of 20 to 40 mg per day were well tolerated by the children and adolescents in the study. The more common side effects associated with use of Celexa were nausea, influenza-like symptoms, and rhinitis.
Celexa is indicated for the treatment of depression in adults over the age of 18. Currently, there are no therapies approved for the treatment of major depressive disorders in the pediatric population. The American Academy of Child and Adolescent Psychiatry estimates that 5 percent of the pediatric population -- or 3.4 million children and adolescents under the age of 18 -- suffer from depression.

About Celexa

Results of Escitalopram and Celexa(TM) Studies Presented at Major Scientific Conference

Celexa is currently indicated for the treatment of depression in adults aged 18 and older.  Prescribed for more than six million U.S. patients, Celexa is the fastest growing antidepressant in the U.S.  Celexa is marketed by Forest Laboratories in the U.S.  Celexa has been well tolerated by patients in many large-scale clinical trials.  The most frequent side effects reported were nausea, dry mouth, drowsiness, insomnia, increased sweating, tremor, diarrhea, and problems with ejaculation.  Full prescribing information can be found on the Internet at http://www.celexa.com.

About Escitalopram: An Isomer of Celexa
Escitalopram is the product of a relatively new research approach that involves the removal of one of two isomers from Celexa to create a single-isomer drug.  Celexa is a racemic mixture with two mirror-image halves called the S- and R-isomers.  The S-isomer of Celexa (escitalopram) is the highly selective active isomer in terms of its contribution to Celexa's antidepressant effects.  With escitalopram, the R-isomer (that does not contribute to Celexa's antidepressant activity) has been removed, leaving only the therapeutically active S-isomer.  Moreover, isolation of escitalopram (the S-isomer) eliminates any unwanted pharmacological effects associated with Celexa's R-isomer.  In three efficacy trials involving more than 1,100 patients, escitalopram was very well tolerated at doses of 10 and 20 mg per day.  Escitalopram dropout rates due to adverse events were comparable to placebo in all three studies.

About Forest Laboratories and Its Products
Forest Laboratories (NYSE: **FRX**) develops, manufactures, and sells ethical pharmaceutical products that are used for the treatment of a wide range of illnesses.  Forest Laboratories' growing line of products includes: Tiazac(R) (diltiazem HCL), a once-daily treatment for angina and hypertension; and Aerobid(R) (flunisolide), an inhaled steroid indicated for the treatment of asthma.  Besides escitalopram for the treatment of depression and other disorders, products in Forest's development pipeline include: memantine for Alzheimer's disease and neuropathic pain, lercanidipine for hypertension, acamprosate for alcohol dependence, ML3000 for osteoarthritis, dexloxiglumide for irritable bowel syndrome, neramexane for various central nervous system disorders, siramesine for anxiety, and ALX-0646 for migraine headache.
The Danish pharmaceutical firm H. Lundbeck A/S developed both citalopram and escitalopram.

Except for the historical information contained herein, this release contains forward looking statements that involve a number of risks and uncertainties, including the difficulty of predicting FDA approvals, acceptance and demand for new pharmaceutical products, the impact of competitive products and pricing, the timely development and launch of new products, and the risk factors listed from time to time in the Company's SEC reports, including the Company's Annual Report on Form 10-K for the fiscal year ended March 31, 2001 and the quarterly report on Form 10-Q for the periods ended June 30, 2001 and September 2001.

SOURCE Forest Laboratories, Inc.

⊕ back to top

Results of Escitalopram and Celexa(TM) Studies Presented at Major Scientific Conference

**Related links:**
- http://www.celexa.com

**Photo Notes:**http://www.newscom.com/cgi-bin/prnh/20001011/FORESTLOGO

**Technorati** ○ **Blogs Discussing This News Release**

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- 2007 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

# EXHIBIT E

Press Release

 Forest Laboratories, 1

| HOME | ABOUT US | | PRODUCTS | INVESTORS | LICENSING | RESEARCH | CAREERS |



Overview ›

Media Resources ›

Press Release Archive ›

BACK TO NEWS HOME | 🖨 PRINT THIS PAGE

Forest Laboratories, Inc.

## Lexapro(TM), The Single-Isomer of Celexa(TM), Receives FDA Approvable Letter

NEW YORK, Jan. 24 /PRNewswire-FirstCall/ -- Forest Laboratories, Inc. (NYSE: FRX) announced today that it has received an approvable letter from the United States Food and Drug Administration (FDA) for Lexapro(TM) (escitalopram oxalate). Lexapro, the single-isomer of Celexa(TM) (citalopram HBr), is being developed by Forest Laboratories for the treatment of major depressive disorder. An approvable letter represents the final stage before a company receives FDA clearance to market the product in the United States. Forest expects to launch Lexapro in mid-2002 subject to final FDA approval.

Forest filed a New Drug Application (NDA) for Lexapro, a selective serotonin reuptake inhibitor (SSRI), in March 2001. The NDA was based on a fixed dose trial of Lexapro compared to placebo and Celexa. Forest and Lundbeck (Forest's licensor of Lexapro) have conducted several multi-center, placebo-controlled clinical trials involving more than 1,300 patients with moderate to severe depression. In the trials, Lexapro was shown to be well tolerated and to significantly improve symptoms of depression in the first or second week of treatment. The most frequent adverse events observed in these trials were nausea, insomnia and ejaculation disorder. In fixed dose studies, the overall incidence rates of adverse events in patients treated with Lexapro 10 mg daily was similar to that in placebo treated patients.

"We are very pleased to receive an approvable notification from the FDA," said Howard Solomon, Chairman and Chief Executive Officer of Forest Laboratories. "The approvable letter does not raise any clinical issues with respect to Lexapro and we expect to be able to adequately respond to the letter and agree to final labeling."

Lexapro is the product of a relatively new research approach that involves the removal of one of two isomers from Celexa to create a single-isomer drug. Celexa is a racemic mixture made up of equal amounts of two mirror-image molecules called the S- and R-isomers. The S-isomer of Celexa (Lexapro) is the active isomer in terms of its contribution to Celexa's antidepressant effects. With Lexapro, the R-isomer (that does not contribute to Celexa's antidepressant activity) has been removed, leaving only the therapeutically active S-isomer. Moreover, isolation of Lexapro (the S-isomer) eliminates any potential unwanted effects associated with Celexa's R-isomer.

Press Release

In the United States, approximately 19 million adults suffer from depression each year. It is estimated that one in four American women and one in ten American men can expect to develop depression during their lifetime.

Studies in Other Indications

Forest Laboratories also stated that it was pleased with the results of initial placebo controlled Lexapro clinical trials in Generalized Anxiety Disorder, Panic Disorder and Social Anxiety Disorder. Results of those studies are expected to be reported in March at the Anxiety Disorders Association of America annual meeting.

About Forest Laboratories and Its Products

Forest Laboratories develops, manufactures, and sells ethical pharmaceutical products that are used for the treatment of a wide range of illnesses.

Forest Laboratories' growing line of products includes: Celexa(TM), which has been prescribed for more than six million U.S. patients and is the fastest growing antidepressant in the U.S.; Tiazac(R), a once-daily diltiazem, which is indicated for the treatment of angina and hypertension; and Aerobid(R), an inhaled steroid indicated for the treatment of asthma.

Other products in Forest's development pipeline include: memantine for Alzheimer's disease and neuropathic pain, lercanidipine for hypertension, acamprosate for alcohol dependence, ML3000 for osteoarthritis, dexloxiglumide for irritable bowel syndrome, neramexane for various central nervous system disorders, siramesine for anxiety, Aerospan(R) for asthma, and ALX-0646 for migraine headache.

Except for the historical information contained herein, this release contains forward-looking statements that involve a number of risks and uncertainties, including the difficulty of predicting FDA approvals, acceptance and demand for new pharmaceutical products, the impact of competitive products and pricing, the timely development and launch of new products, and the risk factors listed from time to time in the Company's SEC reports, including the Company's Annual Report on Form 10-K for the fiscal year ended March 31, 2001 and the quarterly reports on Form 10-Q for the periods ended June 30, 2001 and September 30, 2001.

**Source:** Forest Laboratories, Inc.
**Website:** http://www.frx.com
**Photo Notes:** http://www.newscom.com/cgi-bin/prnh/20001011/FORESTLOGO

**Contact:** Charles E. Triano
Vice President-Investor Relations of Forest Laboratories, Inc.
+1-212-224-6714/
Charles.Triano@frx.com

Press Release

BACK TO NEWS HOME

© 2007 Forest Laboratories, Inc.     Last updated: 02/18/2007     Legal Statement | Privacy Policy | Contact Us | Site

# EXHIBIT F

eNom - domain name registration, domains, com, net, org - WHOIS

**Total Domain Names on the eNom Platform: 9,384,029**

<u>Apply for a reseller account</u> | <u>log-in</u>

whois | help



› DOMAINS › **whois**

Our WhoIs (Who Is?) page lets the public see information about the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of this information is maintained by eNom (the "registrar") and some is maintained by the "registry". Only names that are registered by eNom (the "registrar") appear here. Names that are maintained by other registrars will not show up in our WhoIs, even though they are already registered (i.e. taken). You can **see if a name is already taken here.**

Access to eNom's Whois information is for informational purposes only. eNom makes this information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of eNom's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of eNom By accessing and using our Whois information, you agree to these terms.

### WhoIs Results for lexipro.com
### Contact Type Registrant

| | |
|---:|---|
| **Organization Name:** | |
| **First Name:** | mcse |
| **Last Name:** | braindumps |
| **Address 1:** | 7800 1st ST N |
| **Address 2:** | St. Petersburg,florida,US 33702 |
| **City:** | NA |
| **StateProvince:** | |
| **PostalCode:** | |
| **Country:** | US |
| **Phone:** | +1.8777391895 |
| **Fax:** | |
| **EmailAddress:** | leif@properhosting.com |

### Contact Type Administrative

| | |
|---:|---|
| **Organization Name:** | St. Petersburg |
| **First Name:** | 7800 |
| **Last Name:** | 1st ST N |
| **Address 1:** | florida, |
| **Address 2:** | |
| **City:** | NA |
| **StateProvince:** | |
| **PostalCode:** | |
| **Country:** | US |
| **Phone:** | NA |
| **Fax:** | |
| **EmailAddress:** | NA |

eNom – domain name registration, domains, com, net, org – WHOIS

## Contact Type Billing

**Organization Name:**
**First Name:** Leif
**Last Name:** Nissen
**Address 1:** 7800 1st st N
**Address 2:**
**City:** St Petersburg
**StateProvince:** FL
**PostalCode:** 33702
**Country:** US
**Phone:** +1.8777391895
**Fax:**
**EmailAddress:** enom@properhosting.com

## Contact Type Technical

**Organization Name:** St. Petersburg
**First Name:** 7800
**Last Name:** 1st ST N
**Address 1:** florida,
**Address 2:**
**City:** NA
**StateProvince:**
**PostalCode:**
**Country:** US
**Phone:** NA
**Fax:**
**EmailAddress:** NA

## Other Information

**nameserver:** NS1.PARKED.COM
NS2.PARKED.COM
**updated-date:** 2007-05-23 20:10:03.000
**created-date:** 2002-01-25 18:14:35.000
**registration-expiration-date:** 2012-01-25 18:14:35.000
**status:** registrar-lock
**domain:** lexipro.com

Enter the domain name for which you would like to check information.
(i.e. "example.com")

**search**

register a domain name | my domains | transfer a domain | my transfers | host a domain | new extensions (TLDs) | international domains (IDNs) | pricing | global edit | register name server | push a domain

© eNom inc. 1998-2007 Terms and Conditions          User's Choice Award

http://www.enom.com/domains/whois.asp?DomainName=lexipro.com&submit.x=0&submit.y=0

Page 2 of 3

08/13/2007 07:13 PM

eNom – domain name registration, domains, com, net, org – WHOIS

Partners: search the web

demand | MEDIA Services

CNWK • com • net • cc 

# EXHIBIT G



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

Reg. No. 2,684,432

## United States Patent and Trademark Office

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## LEXAPRO

FOREST LABORATORIES, INC. (DELAWARE CORPORATION)
909 THIRD AVENUE
NEW YORK, NY 10022

  FOR: PHARMACEUTICAL PREPARATIONS, NAMELY, ANTIDEPRESSANTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-5-2002; IN COMMERCE 9-5-2002.

SN 76-184,942, FILED 12-22-2000.

KELLEY WELLS, EXAMINING ATTORNEY

EXHIBIT H

LEXAPRO STATISTICS FOR JUNE 2007

| Month | Total Unique Visitors to Lexapro.com | Organic* Unique Visitors to Lexapro.com |
|---|---|---|
| **LEXAPRO.COM PERFORMANCE OVER TIME** | | |
| Jun-06 | 259,879 | 162,715 |
| Jul-06 | 294,113 | 155,840 |
| Aug-06 | 314,789 | 164,308 |
| Sep-06 | 340,535 | 174,450 |
| Oct-06 | 292,605 | 166,954 |
| Nov-06 | 276,198 | 152,016 |
| Dec-06 | 270,564 | 145,453 |
| Jan-07 | 324,518 | 164,322 |
| Feb-07 | 369,022 | 218,309 |
| Mar-07 | 364,418 | 214,201 |
| Apr-07 | 333,466 | 218,477 |
| May-07 | 353,789 | 235,348 |
| Jun-07 | 336,234 | 220,237 |
| **Total** | **4,130,130** | **2,392,629** |

**GOOGLE**                MOST POPULAR KEYWORDS FOR JUNE

| Keywords | Impressions** | Clicks*** | Click Thru Rate |
|---|---|---|---|
| lexapro | 477,950 | 62,426 | 13.06% |
| symptoms anxiety | 98,305 | 4,311 | 4.39% |
| lexipro | 15,008 | 3,640 | 24.25% |

**Definitions:**
Organic*: Typed "Lexapro" directly into the URL/address bar
Impressions**: Number of times Lexapro text/ad was served
Clicks***: How many times visitors clicked on the text/ad

# EXHIBIT I



FAX: 212-224-6740

DIRECT LINE: 212-224-6633

August 1, 2007

**Via Electronic Mail (leif@properhosting.com)**

Leif Nissen
7800 1st St. N.
St. Petersburg, FL 33702

Dear Mr. Nissen:

I serve as Chief Intellectual Property Counsel for Forest Laboratories, Inc. ("Forest"). It has come to our attention that you are making improper and unauthorized use of Forest's registered trademark LEXAPRO® ("the Mark") in your domain name www.lexipro.com. This use egregiously violates Forest's intellectual property rights.

Forest has made uninterrupted and continuous use of the Mark in commerce since 2002, and owns a federal trademark registration for "pharmaceutical preparations, namely, antidepressants" (Reg. No. 2,684,432). Forest's rights to the Mark are therefore very strong.

Your use of this domain name is entirely improper. Your domain name is similar in sight, sound, and meaning to the Mark. Therefore, your domain name is likely to confuse consumers to falsely believe that your website is affiliated with Forest or the Mark, thereby attracting users to your website. At the very least, your domain name is likely to cause consumer confusion that constitutes federal and state trademark infringement.

Worse, your domain name contains links to web sites that are improperly offering for sale what they claim is LEXAPRO®, which violates Forest's intellectual property rights, as well as federal and state laws.

For at least the foregoing reasons, Forest demands that you immediately cease and desist from:

(1) Utilizing any feature of the Mark in your domain name(s);

(2) Using any designation, mark, term, or title confusingly similar to the Mark;

(3) Using any mark in a manner so as to dilute the distinctive qualities of the Mark.

1

**FOREST LABORATORIES, INC.**        **909 THIRD AVENUE**        **NEW YORK, NY 10022-4731**

If we do not receive your written agreement to the foregoing within ten business days, Forest will take all appropriate actions to protect its interests. This letter is sent without prejudice to Forest's rights and claims, all of which are expressly reserved.

Sincerely,

Charles S. Ryan, J.D., Ph.D.
Chief Intellectual Property Counsel

FOREST LABORATORIES, INC.     909 THIRD AVENUE     NEW YORK, NY 10022-4731