# EXHIBIT J

**From:** nissen.leif@gmail.com [mailto:nissen.leif@gmail.com] **On Behalf Of** Leif Nissen
**Sent:** Wednesday, August 01, 2007 7:57 PM
**To:** Agovino, Eric
**Subject:** Re: CEASE AND DESIST

Eric,

I had this domain before the product Lexapro.com <http://lexapro.com/> even existed. I chose to take down the site later and put it up on a parked.com <http://parked.com/> account. They choose what ads show up on the site. I have also had recent interest from other companies, some offshore to purchase the domain from me.

Page 1 of 3

I do, however, understand your situation and I'm willing to sell you the domain for $10,000.

Leif

On 8/1/07, **Agovino, Eric** <Eric.Agovino@frx.com> wrote:

Dear Mr. Nissen:

Attached is a cease and desist letter relating to the domain name WWW.LEXIPRO.COM <http://WWW.LEXIPRO.COM> from Dr. Charles Ryan, Chief Intellectual Property Counsel at Forest Laboratories, Inc.

Sincerely,

Eric M. Agovino
Patent Counsel
Forest Laboratories, Inc.
909 Third Avenue
New York, New York 10022
212.224.6925 (p)

212.750.9152 (f)

eric.agovino@frx.com <mailto:eric.agovino@frx.com>

---

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FOREST LABORATORIES, INC.,                          :
                                                    :
                                    Plaintiff,      :   Index No. 07 CV 7399
                                                    :
                                                    :
              - against -                           :
                                                    :
                                                    :
LEIF NISSEN,                                        :
                                                    :
                                                    :
                                    Defendant.      :
-------------------------------------------------------------------x

### AFFIDAVIT OF SIGMUND SOLARES

STATE OF FLORIDA                )
                                ) ss:
COUNTY OF HILLSBOROUGH          )

I, SIGMUND SOLARES, affirm the following facts under penalty of perjury:

1. I am the Chief Executive Officer of a company called Parked.com, LLC ("Parked"). Parked is an on-line advertising business that services owners of domain names.

2. In particular, once a domain name owner creates an account with Parked, he can place domain names in our system. Parked will either choose keywords for the customer or the customer can choose a primary keyword and the Parked system will choose related key words. Parked will then send these results to the major search engines.

3. Various advertisers bid on keywords with the search engine companies and the advertisers are ranked based on the highest bidder and the click through rate for the ad.

4.  Based on the results of the bidding process, Parked works with the search engine companies to place relevant advertising on the web site associated with the domain name. Internet user view the related advertising and frequently click on the advertising which is placed on the domain name. The domain name owner obtains revenue from clicks that are verified as legitimate clicks by the search engine. Internet sites like "lexipro.com" are referred to as "pay-per-click" sites.

5.  On May 23, 2007, Mr. Leif Nissen signed up for an account at Parked and added the domain name "lexipro.com" to the system. Attached as Exhibit A is a true and correct copy of Ms. Nissen's registration information.

6.  On or about May 23, 2007, the account holder for lexipro.com logged on the account and set the domain name "lexipro.com" to the keyword "depression." A true and correct copy of a "screen capture" from the customer account page for "lexipro.com" is attached hereto as Exhibit B.

7.  As a result of setting the domain name to the keyword "depression" the Parked.com system automatically determined that the related keywords should include: "Depression, Lexapro, Depression Symptoms, Celexa, Anxiety Attack, Panic Disorder, Manic Depression, Depression Treatment, Clinical Depression, Postpartum Depression, Anxiety Depression, Depression Information, Depression Medication, Depression And Anxiety, and Depression Help."

8.  The domain name "lexipro.com" included advertisements related to depression including links to advertising by advertisers who bid on any of the related keyword phrases: Depression, Lexapro, Depression Symptoms, Celexa, Anxiety Attack, Panic Disorder, Manic Depression, Depression Treatment, Clinical Depression,

Postpartum Depression, Anxiety Depression, Depression Information, Depression Medication, Depression And Anxiety, and Depression Help.

9.  In this particular instance, the search engine in question placed advertisements on the lexipro.com site based on advertisers who bid on the word "lexipro."

10. From May 23, 2007 until the domain name was shut down in August 2007, the domain name lexipro.com had 1,410 visitors with 1,243 verified clicks on advertised links.

11. Attached as Exhibit C is a page from the "lexipro.com" site, which shows the particular advertisers that were generated as a result of the bidding process on "lexipro", the keyword "depression" chosen by Mr. Nissen, and the related keywords generated from the Parked automated system.

Signed at ___TAMPA_____, FLORIDA, this _27_ day of August, 2007.

_Sigmund Solares_
Sigmund Solares

Sworn before me on this
_27_ day of Aug, 2007

Notary Public

JOHN R. MANCINI
MY COMMISSION # DD 526904
EXPIRES: March 9, 2010
Bonded Thru Notary Public Underwriters

3

EX. A

**Exhibit A**

 **DESKTOP**

| Home | Support | Manager | MyAdmin | Designer | Template |
|---|---|---|---|---|---|
| | Category | Accounting | Logout | | |

| Trouble Ticket System | Signup System | Search | FAQ | MyDNS | Newsletter |
|---|---|---|---|---|---|
| | Parked News | Live Support | | | |

## Signup Detail - Inissen [ 47727 ]

### Contact

Username / Password: Inissen / l31f3r   view parked account

Queue Stats: | Passed ▾ |   Update

Name: Leif Nissen

Address 1: 7800 1st st N

Address 2:

City: St Petersburg

State: FL

Postal Code: 33702

Country: US

Email: leif@properhosting.com

Phone: 727-526-2568

Remote Address: 72.185.78.66   detect proxy

Signup Flash Cookie:

Signup Date: 2007-05-23 12:09:49

Number of Domains: 25

Domains: lexipro.com
bamboopage.com
bigzazoo.com
briefcasesdirect.com
broadbandapex.com
buyermagnet.com
bussinessmisc.com
cameraslink.com
carrentalagents.com
chesssetsonline.com
cozylamps.com

### Signup Score - Passed

Signup v2
Nope (bamboopage.com)
Nope (bigzazoo.com)
Nope (briefcasesdirect.com)
Nope (broadbandapex.com)
Nope (bussinessmisc.com)
Nope (cameraslink.com)

Initial points: 0
Dig adjustment (5)

ISP NAME: ROAD RUNNER HOLDCO LLC
LOCATION: HERNDON, VIRGINIA, US
REAL COUNTRY: US

Happy: 5 25, US
Living in the right place (8)
Zip Code 33702 location: Saint Petersburg, FL
Trustworthy (8)
Number matching emails: 0
Number duplicate passwords: 0
REMOTE_ADDR found 0 times on google

Total score (8)
Minimum (5)

Search

-= The Parked Desktop =-

# EX. B

https://secure.parked.com/account/portfolios/domain/?domain_id=1...

*Exhibit 8*

 **PARKED**

Account: Inissen | Help | Logout

Dashboard | Portfolios | Reports | Account Information | Referrals | Help
Portfolio Manager | Mass Modify | Add Domains

## Domain Detail for lexipro.com

### Appearance

Domain: lexipro.com  reset domain
Our system picks Keyword and Template when domain is reset.

Domain Split: lexipro.com  edit

Domain Split: depression

Keyword: depression  edit keyword
This keyword is manually hardcoded. Reset domain to remove.

Categories:
| | |
|---|---|
| Lexapro | Depression Symptoms |
| Effexor | Dealing With Depression |
| Wellbutrin | Seasonal Affective Disorder |
| Generalized Anxiety | Depression Support |
| Online Prescription | Treating |
| Celexa | |
| Remeron | |
| Wellbutrin Sr | |
| Aciphex | |
| Dosage | |

Related Words:
| | |
|---|---|
| Depression | Lexapro |
| Depression Symptoms | Celexa |
| Anxiety Attack | Panic Disorder |
| Manic Depression | Depression Treatment |
| Clinical Depression | Postpartum Depression |
| Anxiety Depression | Depression Information |
| Depression Medication | Depression And Anxiety |
| Depression Help | |

Removed Keywords: No removed keywords
edit removed keywords

These are the matching templates and colors for the keyword "depression"

Template [ Depression ▾ ]  Search
Color: [ Blue Thunder ▾ ]  ☐ ☐ ☐

If you encounter any problems with the Customize Template feature, please contact support

[ Preview Template ]  [ Customize Template ]  [ Save Changes ]  [ Reset ]

Thumbnail is preview of template, lexipro.com may have different colors and terms.

### Advanced Options

#### Alternate Traffic Destination
We want to make sure that you make as much money as possible from your traffic. Sometimes we cannot monetize some of your traffic due to its country of origin, trademark concerns, or other legal issues. As a result, we have processes in place so that immediately upon determining that we cannot monetize some of your traffic we redirect that specific traffic to whatever URL you provide.

To specify an alternate traffic destination for all your domains, please visit the account settings area.

[_____]  [ Save Changes ]

Note: Inserting (DOMAIN) into your URL will replace (DOMAIN) with the current domain name.

#### Title Tag
Please enter a short title for this domain's parked page. If blank, we use the domain name.

[ Lexipro information ]  [ Save Changes ]

#### Domain For Sale

Please enter a message, url, and press Save Changes below to create a for sale message.
To make sure this domain never gets marked for sale, select "NEVER mark lexipro.com For Sale" below and press Save Changes.

The For Sale message for lexipro.com will be in the following format:
[For Sale Message] Please <a href="[For Sale URL]">contact us</a> for more information.

☐ NEVER mark lexipro.com For Sale

For Sale Message: [_____]
(limit 50 letters)
For Sale URL: [_____] (http://, https://, or mailto:)

[ Save Changes ]

#### Meta Tags

8/24/2007 11:46 AM

Please enter any meta tags you want on this domain's parked page below.
If blank, we dynamically fill it with keywords.

Description:
Keywords:

Save Changes

Terms of Service & Privacy Policy                                    Careers

Copyright ©2007 PARKED.COM. All rights reserved.

8/24/2007 11:40

EX. C

**exipro.com**

Search the Web: [                    ] G

Depression    Lexapro    Anxiety Attack    Panic Disorder    Anxiety    Lexapro Medication    Manic Depression

onsored Results for Lexapro



## Lexapro ™ - Official Site
Get More Information on **Lexapro** and Depression with Our Online Guides.
www.Lexapro.com

## The Road Back - How to Get off **Lexapro**
If you are suffering from drug side effects, there is a solution.
www.theroadback.org

## Buy **Lexapro** Online
Get Rx medications at Wholesale Prices From Our Licensed Online Canadian
Pharmacy and Save Over 70%.
www.canadianpharmacymeds.com

## Lexapro - Money Back Guarantee
Lexapro 20mg 90 $121. Free Shipping.
www.CanPharm.com

## Buy **Lexapro** Now. Free Shipping
Please compare our brand and generic prices all with free shipping.
www.planetdrugsdirect.com

## Lexapro - Better Price Guaranteed
We will give you a lower price, guaranteed. Fast delivery guaranteed. Open 7 days.
Order online or toll-free. Fully licensed Canadian pharmacy.
www.GetCanadianDrugs.com

## Lexapro - Lowest Price Guarantee
We will match any competitor's price - guaranteed. Over 500,000 customers. Quality
medications from a licensed pharmacy. A top Canadian pharmacy (rated by Alexa) .
www.CanadaPharmacy.com

## Lexapro 10mg 90 $99
Customer Satisfaction Guaranteed! Free Shipping Over $100.
www.CanadaMedicineShop.com

## Buy **Lexapro** - Wholesale Prices
Buy **Lexapro** - We Will Beat All Competitors' Prices on All Prescription Drugs. We
Guarantee Low Prices and Fast Delivery.
www.CanadaDrugPharmacy.com

## OCD Information
Ask Question & Get Answers About Mental Conditions & Treatment.
RevolutionHealth.com

### Related Searches

- Depression
- Lexapro
- Anxiety Attack
- Panic Disorder
- Anxiety
- Lexapro Medication
- Manic Depression
- Depression Treatment
- Depression Symptoms
- Clinical Depression
- Postpartum Depression
- Anxiety Depression
- Depression Information
- Depression Medication
- Depression And Anxiety

©2007 lexipro.com All rights reserved.

//lexipro.com/

# EXHIBIT L

LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE

SUITE 1120

NEW YORK, NEW YORK 10022

(212) 593-2112

FACSIMILE: (212) 308-8582

c.serbagi@att.net

August 14, 2007

Via Federal Express and Electronic Mail
Parked.com
5505 W. Gray Street
Tampa, Florida 33609-1007

Re:    Parked.Com's Improper Use of the Domain Name "lexipro.com"

Dear Sir or Madame:

This firm is intellectual property and litigation counsel to Forest Laboratories, Inc. ("Forest"). As you may know, Forest manufactures, markets, and sells a variety of prescription medicines for a variety of conditions throughout the United States. It has come to our attention that Parked.Com ("Parked") has employed the domain name "lexipro.com" on its hosting servers and re-directed those interested in Forest's LEXAPRO drug to on-line pharmacies and to others who are not associated or sponsored by Forest. For the reasons discussed below, we demand that Parked immediately remove the domain name "lexipro.com" and any derivation or similar name from its hosting servers.

Forest has made uninterrupted and continuous use of the mark LEXAPRO since 2002 and owns a federal trademark registration for the mark for "pharmaceutical preparations, namely antidepressants" (Reg. No. 2,684,432). Forest filed an intent-to use application for the mark LEXAPRO on December 22, 2000, which means that Forest is entitled to presumptive use from that date forward. Forest's rights to the LEXAPRO mark are longstanding, strong and incontestable pursuant to 15 U.S.C. § 1065. Indeed, Forest's LEXAPRO mark has become "famous" and is therefore entitled to an elevated degree of protection.

Our research reveals that Parked has provided its services to Leif Nissen in connection with his improper use of "lexipro.com." We understand that Mr. Nissen has made no legitimate use of this site and has employed Parked to pay him for those who click on advertisements that Parked directs. This mutual commercial arrangement is entirely improper and is in violation of numerous state and federal laws because, inter alia, it causes consumer confusion in the marketplace and directs consumers to sites that are not only unauthorized by Forest, but who compete with Forest and are making

CHRISTOPHER SERBAGI, ESQ.

unauthorized sales of LEXAPRO from foreign countries.  Parked has obviously financially benefited from this arrangement at Forest's expense.

We have contacted Mr. Nissen and he has refused to cease his use of the "lexipro.com" domain name and has refused to direct Parked to do the same.  This unauthorized use has left Forest with no option but to pursue its legal remedies as provided at law, including treble damages and attorney's fees.  If Parked would like to resolve this matter without litigation, it must immediately remove "lexipro.com" from its servers and discontinue any relationship with Mr. Nissen in connection with that name. If we do not hear from you within five business days from the date of this letter, Forest will pursue all appropriate legal remedies.

Very truly yours,

Christopher Serbagi

Accepted and Acknowledged

Parked.Com

By: Name:
    Title:

2

# EXHIBIT M

Fri, Aug 17, 2007 5:46 PM

**Subject: Trouble Ticket #14452 Has Been Responded To**
**Date:** Tuesday, August 14, 2007 8:51 PM
**From:** parked.com Trouble Ticket System <partnersupport@parked.com>
**Reply-To:** <partnersupport@parked.com>
**To:** <c.serbagi@att.net>
**Conversation:** Trouble Ticket #14452 Has Been Responded To


Thank you for using the parked.com Trouble Ticket System. The following
response is from a qualified parked.com customer support team member:

Date: 08/14/07 07:50pm
From: donny

Christopher Serbagi,
We have banned the domain lexipro.com from our system.

Donny Simonton
Parked.com


Thank you again for using parked.com. We hope this response has
sufficiently answered your question.

Please feel free to use the frequently asked questions page at
http://www.parked.com/account/help/faq/ to find the answer to your
questions.

Page 1 of 1

# EXHIBIT N

Fri, Aug 17, 2007  5:48 PM

**Subject: FW: CEASE AND DESIST**
**Date:** Wednesday, August 15, 2007 2:32 PM
**From:** Agovino, Eric <Eric.Agovino@frx.com>
**To:** Christopher Serbagi <c.serbagi@earthlink.net>
**Conversation:** CEASE AND DESIST

**From:** nissen.leif@gmail.com [mailto:nissen.leif@gmail.com] **On Behalf Of** Leif Nissen
**Sent:** Tuesday, August 14, 2007 9:08 PM
**To:** Agovino, Eric
**Subject:** Re: CEASE AND DESIST

Well, you've gotten parked.com <http://parked.com> to stop running ads on the site. Being that you're being so reasonable, maybe I'll sell it to a webmaster in Pakistan who will put a porn site on it. Let's start being reasonable here before I do something stupid. There are 10+ domain parking companies so we can keep going that route before I get so upset I sell it offshore if that's really the tactic you want to take.

Leif

On 8/1/07, **Leif Nissen** <leif@properhosting.com> wrote:
Eric,

I had this domain before the product Lexapro.com <http://lexapro.com/> even existed. I chose to take down the site later and put it up on a parked.com <http://parked.com/> account. They choose what ads show up on the site. I have also had recent interest from other companies, some offshore to purchase the domain from me.

I do, however, understand your situation and I'm willing to sell you the domain for $10,000.

**Page 1 of 3**

Leif

On 8/1/07, **Agovino, Eric** <Eric.Agovino@frx.com
<mailto:Eric.Agovino@frx.com> > wrote:

Dear Mr. Nissen:

Attached is a cease and desist letter relating to the domain name
WWW.LEXIPRO.COM <http://www.lexipro.com/> from Dr. Charles Ryan, Chief
Intellectual Property Counsel at Forest Laboratories, Inc.

Sincerely,

Eric M. Agovino
Patent Counsel
Forest Laboratories, Inc.
909 Third Avenue
New York, New York  10022
212.224.6925 (p)

212.750.9152 (f)

eric.agovino@frx.com  <mailto:eric.agovino@frx.com>

The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. Unauthorized use, disclosure or copying of this communication or any part
thereof is strictly prohibited and may be unlawful. If you have received this
communication in error, please notify us immediately by return e-mail and destroy this
communication and all copies thereof, including all attachments .

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.