# EXHIBIT O

Lexipro.com - The best Lexipro resources and information.

| Lexipro | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# LEXIPRO.COM

Search

Language: English

For Lexipro try these sponsored results:

## POPULAR SEARCHES

- Lexipro
- MP3s
- Loans
- Jobs
- Music
- Internet
- Flowers
- Shopping
- Fitness
- Education

## Weight gain solution.
There is a reason and solution for antidepressant weight gain.
www.theroadback.org

## Side-effects of medicine
Your immune system is weakened Sulfa, nsaid, ibuprofen, advil
www.stevensjohnsonsyndrome.org

## Antidepressant Help
Safe, Natural, Step-by-Step Plan to Withdraw Comfortably. Free Support!
www.labelmesane.com

## Side effects
Looking for Side effects? Find Side effects Here.
www.clinical-depression.net

## ENABLEX® (darifenacin)
It's Time to Take Control of Your Overactive Bladder - Learn How!
ENABLEX.com

## Zelnorm Heart Attack Risk
IBS drug linked to heart attack and stroke. Seeger Weiss LLP.
www.lawyerseek.com/Zelnorm/

## Anxiety Herbal Remedy
PureCalm is clinically formulated, proven effective, safe and natural.
www.nativeremedies.com

## SSRIs & PPHN in Newborns
If you took an SSRI while pregnant You should know your legal rights
www.ssri-birthdefects.com/

## Drug Dosages Community
Online Health Community. Join & Get More Info on Health Related Topics.
www.ClinicalHealth.USNews.com

## Wholesale Drugs
Save Over 80% On Prescriptions We Beat All Competitors' Price

www.canadadrugpharmacy.com

| Lexipro | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

Privacy Policy

**sedo**

This page provided to the domain owner **free** by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains  | Sell Domains  | Premium Domains  | Domain Appraisal  | Domain Names for Sale  | Domain Parking  | Domain Transfer | Domain Auction  | Domain Name

# EXHIBIT P

Web    Images    Video    News    Maps    Gmail    more ▾

Sign in

# Google

| lexipro | | Search | Advanced Search |

Advanced Search
Preferences

**Web**

New! View and manage your web history

Results 1 - 10 of about **54,000** for **lexipro**. (0.05 seconds)

**Lexapro - Official Site**
www.Lexapro.com   Get the Facts About Lexapro & Find Useful Depression
Resources                                                          Sponsored Link

Sponsored Links

**CanadaPharmacy.com**
#1 Ranked Canadian Pharmacy Online
Over 500,000 Patients 1800-891-0844
www.CanadaPharmacy.com

Did you mean: **lexapro**

**Lexipro**

Lexapro is a drug licensed for the treatment of depression and generalized
anxiety disorder. This eMedTV Web page covers how the drug works, ...
depression.emedtv.com/lexapro/**lexipro**.html - 20k - Cached - Similar pages

**LEXIPRO - Drugs.com**

Hi. I'm new here so i'm not sure if I'm doing this in the right place. I wanted some advice. I've
been on only .5mg of **lexipro** for about 8 months and.
www.drugs.com/forum/featured-conditions/**lexipro**-33168.html - 45k -
Cached - Similar pages

new on **lexipro** - Drugs.com

ive read everyones comments about **lexipro**.. i used it a few months ago and was fine,
though i came off them too early and have just been put back on.
www.drugs.com/forum/drug-information/new-**lexipro**-38861.html - 38k -
Cached - Similar pages

**Lexipro- side effects - HealingWell.com Forum**

**Lexipro**- side effects, Forum Quick Jump. Select A Location, ****** Top of the Forum ******,
==== General Information ====, Announcements, Frequently Asked ...
www.healingwell.com/community/default.aspx?f=19&m=727673 - 92k -
Cached - Similar pages

**Lexipro**-when do the side effects abate? - HealingWell.com Forum

I have been on **Lexipro** for over a year now and I havent had any side effects or problems
with it. What dosage are you on? I would give it another week or so ...
www.healingwell.com/community/default.aspx?f=10&m=433565 - 37k -
Cached - Similar pages

dropping the Effexor/Lexapro weight gain - Weight Loss

I tried others, including **Lexipro**. I literally went to bed weighing 145 and ... Thats when a
new Dr. suggested the **Lexipro**; when I commented about weight ...
www.medhelp.org/forums/WeightLoss/messages/573.html - 263k - Cached - Similar pages

MyTherapy Discussion Forums - **Lexipro**

Hello...my doctor just put me on **Lexipro** for depression. Does anybody know the side
effects of this drug...or any information at all. ...
www.mytherapy.com/discussion/topic.asp?TOPIC_ID=3688 - 84k - Cached - Similar pages

Coming Off Of **Lexipro**

Coming Off Of **Lexipro** Health: Body, Mind and Spirit.
www.enotalone.com/forum/showthread.php?t=126518 - Similar pages

Yahoo! Answers - Tell me about **Lexipro**?

4 answers - I recently started taking **lexipro**... I've been on it before but I'm getting wicked

http://www.google.com/search?hl=en&q=lexipro                                    08/28/07

side effects. It's only 10mg.... Is anyone else suffering ...
ph.answers.yahoo.com/question/index?qid=20070711045213AA3ahHO - 81k -
Cached - Similar pages

Pharmacy: **Lexipro** (Anxiety/<u>Dep. Medication</u>)
Dear Julie, Thank you for your question. It may well be that your tiredness is a result of this
drug (between 1 in 10 and 1 in 100 people will experience ...
en.allexperts.com/q/Pharmacy-1407/**Lexipro**-Anxiety-Dep-Medication.htm - 20k -
Cached - Similar pages

Did you mean to search for: ***lexapro***



1 2 3 4 5 6 7 8 9 10      **Next**

Download <u>Google Pack</u>: free essential software for your PC

| lexipro | <u>Search</u> |

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Dissatisfied? Help us improve</u>

©2007 Google - <u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>About Google</u>

lexipro - Google Search

Web   Images   Video   News   Maps   Gmail   more ▾

Sign in

# Google

| lexipro | Search |

Advanced Search
Preferences
New! View and manage your web history

**Web**    Results **11 - 20** of about **54,000** for **lexipro**. (0.08 seconds)

**Everyone Needs Therapy: Grandchildren, Gilmore, and Lexipro**
I've seen many patients on **Lexipro** with absolutely NO problems with libido
(sexual drive) and no weight gain. So shut-up, Paris. And Gilmore Girls
writers? ...
everyoneneedstherapy.blogspot.com/2006/11/grandchildren-gilmore-and-
**lexipro**.html - 84k - Cached - Similar pages

**Myoclonus, Lexipro, and Depakote - BrainTalk Communities**
Two years ago, my shrink put me on **Lexipro** for severe depression. I noticed
that after I had been taking it for about a month, that I would get uncontrolled ...
brain.hastypastry.net/forums/showthread.php?p=110751 - 65k -
Cached - Similar pages

**Yahoo! Answers - What are some side effects of lexipro?**
5 answers - Yahoo Answers - what are some side effects of **lexipro**?
answers.yahoo.com/question/index?qid=20060630173656AAZFo9J - 100k -
Cached - Similar pages

**LexiPro - Lexicon for Hebrew Speakers > PilotYid Jewish Hebrew ...**
Author: Top Technology License: Commercial Download **LexiPro** - Lexicon for Hebrew
Speakers - <- Back To Jewish Palm Software Collection ...
www.pilotyid.com/jewish-hebrew-palm.php?**LexiPro**---Lexicon-for-Hebrew-
Speakers&appId=418 - 8k - Cached - Similar pages

**Lexipro | Anti Depressant Therapies | Prozac | Paxil | Pharmacy**
**Lexipro**, Anti Depressant Therapies, Prozac, Paxil, Pharmacy.
www.antiagingmatrix.com/bio_antidepressant.php - 109k - Cached - Similar pages

**withdrawal - booze, lexipro, dignity**
And I just stopped taking **Lexipro** prescribed for my severe depression and debilitating
anxiety disorder that landed me in the nut-house for a week last ...
www.dr-bob.org/babble/subs/20050602/msgs/524596.html - 11k - Cached - Similar pages

**Lexipro side effects**
I have been taking **lexipro** for about a month. I'm not sure if its really working or not. It
makes me feel like i've done acid stayed up all night and its ...
www.dr-bob.org/babble/psycho/20030407/msgs/226386.html - 8k - Cached - Similar pages

**The Shambling Darkness Project: Pushing The Lexipro Envelope**
Pushing The **Lexipro** Envelope. Mr. Snodgrass: "So what, this Flickr thing costs like twenty
five bucks a year or something." ...
shamblingdarkness.blogspot.com/2007/07/pushing-**lexipro**-envelope.html - 77k -
Cached - Similar pages

**Lexipro LLC, Professional Language Services**
Lexiprollc provides translation, interpretation, localization including software and website
localization, voice over and bilingual staffing in more than 60 ...
www.**lexipro**llc.com/ - 4k - Cached - Similar pages

**Male Sexual side affects POST lexipro use**
I was curious if anyone has had male sexual > side effects AFTEr quitting **lexipro**? > I had
a standard side effect while taking > it, it took much longer to ...

Sponsored Links

**Lexapro - Official Site**
Get the Facts About Lexapro &
Find Useful Depression Resources
www.Lexapro.com

**CanadaPharmacy.com**
#1 Ranked Canadian Pharmacy Online
Over 500,000 Patients 1800-891-0844
www.CanadaPharmacy.com

mb.rxlist.com/rxboard/celexa.pl?noframes;read=6120 - 21k - Cached - Similar pages

◄ Gooooooooooogle ►

**Previous** 1  2  3  4  5  6  7  8  9 1011      **Next**

lexipro                          Search

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▾

Sign in

# Google

| lexipro | Search | Advanced Search |
|---|---|---|

Preferences

**Web**

New! View and manage your web history

Results **21 - 30** of about **54,000** for **lexipro**. (0.06 seconds)

**Tell me about Lexipro? - Yahoo!7 Answers**
"Tell me about **Lexipro**?" - Find the answer to this question and millions more on Yahoo!7 Answers.
answers.yahoo.com.au/question/index?qid=20070711045213AA3ahHO - 81k - Cached - Similar pages

Sponsored Links

Lexapro - Official Site
Get the Facts About Lexapro &
Find Useful Depression Resources
www.Lexapro.com

CanadaPharmacy.com
#1 Ranked Canadian Pharmacy Online
Over 500,000 Patients 1800-891-0844
www.CanadaPharmacy.com

**Is the medication lexipro addictive? What have your experiences ...**
"Is the medication **lexipro** addictive? What have your experiences with it been like?" - Find the answer to this question and millions more on Yahoo!7 ...
answers.yahoo.com.au/question/index?qid=20070417142001AAjol0W - 71k - Cached - Similar pages

**Xanax And Lexipro**
you xanax and **lexipro** I have done nothing but I thank God for about 8 months now by phpwind.net - Bluelight Been on anti depressant xanax and **lexipro** kinds ...
ci.pleasant-hill.ia.us/autoindex/?drug=/b/xanax/and_**lexipro**.html - 16k - Cached - Similar pages

**Lexipro Buspar Zoloft**
As well as depression, Buspirone · · - HealthBoards.com Message Boards and what **lexipro** buspar zoloft forte anxiety child effects brain long term effects ...
ci.pleasant-hill.ia.us/autoindex/?drug=/b/zoloft/**lexipro**_buspar.html - 16k - Cached - Similar pages
[ More results from ci.pleasant-hill.ia.us ]

**LoCarbDiner Bulletin Board - Dieting Stories>hormones and Lexipro ...**
Has anyone on **Lexipro** and hormones had success with this diet? ... I'm on **lexipro** but not hormones - I haven't really noticed an impact on my appetite. ...
www.locarbdiner.com/cgi-bin/EZBulletin/bbtopic.cgi?SUID=X309674&&topic=hormones_and_**Lexipro**_antid... - 9k - Cached - Similar pages

**Undetectable at 12 Weeks and a question about Lexipro - Hepatitis**
Interactive medical question and answer format about all aspects of acne treatments.
www.medhelp.org/forums/Hepatitis/messages/35933.html - 36k - Cached - Similar pages

**FreeTrainers Forums - Lexipro side effects**
I saw my internist and he prescribed **Lexipro**..I have been on it one week and tolerated it OK with the exception of being woken at 2:30am with my pulse ...
www.freetrainers.com/FT/jsp/Message.jsp?f_ix=16&t_ix=548 - 23k - Cached - Similar pages

**Yahoo! Answers - Lexipro Side Affect?**
2 answers - I have been taking **lexipro** for some time and I find that if I lower the dosage or stop the medication gradually as indicated I suffer from ...
answers.yahoo.com/question/index?qid=20061107105241AAVgoyX - 64k - Cached - Similar pages

**MySpace.com - Lexipro - 33 - Female - The Drunken Clam, US - www ...**
MySpace profile for **Lexipro** with pictures, videos, personal blog, interests, information about me and more.
profile.myspace.com/index.cfm?fuseaction=user.viewprofile&friendid=594051 - 153k - Cached - Similar pages

**Lexipro, LLC**
At **Lexipro**, LLC, languages are our passion. Thanks to our network of professional certified
language specialists and project managers we assist companies ...
www.**lexipro**llc.com/general/**lexipro**.htm - 4k - Cached - Similar pages



**Previous** 1 2 3 4 5 6 7 8 9 10 11 12    **Next**

lexipro          Search

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web**   Images   Video   News   Maps   Gmail   more ▾

# Google™

| lexipro | Search | Advanced Search |

Preferences

New! View and manage your web history

**Web**

Results 31 - 40 of about 54,000 for **lexipro**. (0.07 seconds)

**Largest supply of adipex and lexipro & cheap adipex on line cheap ...**
Adipex And **Lexipro** and blueglobus adipex. adipex and **lexipro** - Fill out the order form and a US physician will review your order free of charge.
www.adipex-for-less.com/adipex-and-lexipro.htm - Similar pages

**Cheapest lexipro versus celexa**
This item is made in favor of our readers who have already acquired a basic understanding of the issue of net meds. For them the study bellow is supposed to ...
www.tophar.com/21072.html - 18k - Cached - Similar pages

**ObesityHelp.com: Making the Journey Together Welcome, Guest ...**
I too tried **Lexipro** for about a week, the entire time I clenched my teeth ... My sister (who has NEVER had a weight problem, tried **Lexipro** for a few months ...
www.obesityhelp.com/morbidobesity/information/question.php?N=O1140790611 - Similar pages

**livre lexipro anglais des assistants, dictionnaires de langue ...** - [ Translate this page ]
**Lexipro** anglais des assistants. Auteur(s) : MADOYAN Date de parution: 09-1999 Langue : FRANÇAIS Etat : Disponible chez l'éditeur (délai de livraison : 3 ...
www.lavoisier.fr/notice/frHROKO2RG63MKS3.html - 14k - Cached - Similar pages

**Gluten-Free Celiac Disease Forum at Celiac.com (Home) > Weight ...**
Question is: Could absorbing issues contribute to the weight gain, or could the **lexipro** add to this individually or in conjunction? ...
www.glutenfreeforum.com/lofiversion/index.php/t11545.html - 25k - Cached - Similar pages

**The Leukemia & Lymphoma Society BBS - Reply to Topic**
I was put on Celexa for a couple of years after chemo and then I was switched to **Lexipro**. Those did not help.........I'm actually being weaned off the ...
ubb-lls.leukemia-lymphoma.org/cgi-bin/ubbcgi/postings.cgi?action=reply&forum=Life+After+Cancer&nu... - 10k - Cached - Similar pages

**LEXIQUE_UT** - [ Translate this page ]
Dans le domaine de l'urbanisme, de l'aménagement de l'habitat & de la politique de la Ville les abréviations et les sigles sont légion. ...
urbanistesdesterritoires.com/texte/fichiers/LEXIQUE_ville.htm - 155k - Cached - Similar pages

**Yahoo! Answers - Attention actors/artists with Bipolar Disorder!?**
my daughter has bipolar disorder and she currently takes two meds, **Lexipro** and another one. she takes the **lexipro** for the depression and depekote for the ...
sg.answers.yahoo.com/question/index?qid=20070825170109AA3oRbE - 55k - Cached - Similar pages

**Print: plndl-gdl-proc-2003-mohamadkha-2@1182005674 - agriKnow**
**lexipro** order [url=http://ubspharm.blog.drecom.jp/archive/3]**lexipro** order[/url] wellbutrin [url=http://ubspharm.blog.drecom.jp/archive/10]wellbutrin[/url] ...
pln.penanglib.gov.my/print.php?id=plndl-gdl-proc-2003-mohamadkha-2@1182005674 - 13k - Cached - Similar pages

Sponsored Links

**Lexapro - Official Site**
Get the Facts About Lexapro &
Find Useful Depression Resources
www.Lexapro.com

**CanadaPharmacy.com**
#1 Ranked Canadian Pharmacy Online
Over 500,000 Patients 1800-891-0844
www.CanadaPharmacy.com

### ADHD Message Boards: lexapro and ritalin
I just so happen to be on 10 mg of **lexipro** and 20mg of ritalin LA. ... I find the **lexipro** to work well. I was on paxil before and the **lexipro** works better ...
www.adhdnews.com/forum/forum_posts.asp?TID=5565&PN=1 - 35k -
Cached - Similar pages



◄ Gooooooooooogle ►

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13    **Next**

| lexipro | Search |

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

EXHIBIT Q

 

*Health Information Brought to Life*

# Lexipro

*Were you looking for information about **Lexapro**? Lexipro is a common misspelling of Lexapro.*

Lexapro® (escitalopram oxalate) is a prescription drug that is commonly used for treating **depression** and **generalized anxiety disorder**. The medicine works by helping to block the reuptake of a chemical in the brain called serotonin. A few common **Lexapro side effects** include nausea, **insomnia**, and headache. Some of the conditions you should let your healthcare provider know about before you take Lexapro include **diabetes, seizures** or **epilepsy** and **bipolar disorder (manic-depression)** or a family history of **bipolar** disorder.

*(Click **Lexapro** for more detailed information about other uses of Lexapro, as well as the medicine's potential side effects and general dosing guidelines.)*

Last reviewed/updated February 18, 200⁷

Copyright © 2006-2007 Clinaero, Inc.

eMedTV serves only as an informational resource. This site does not dispense medical advice or advice of any kind. S advice about their specific situation should consult with their own physician. Click Terms of Use for more information.

 We comply with the HONcode
standard for trustworthy
health
information:
verify here.

# EXHIBIT R



# Rules for Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved: October 24, 1999

**Note: These rules are now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.**

# Rules for Uniform Domain Name Dispute Resolution Policy
## (the "Rules")

### (As Approved by ICANN on October 24, 1999)

Administrative proceedings for the resolution of disputes under the Uniform Dispute Resolution Policy adopted by ICANN shall be governed by these Rules and also the Supplemental Rules of the Provider administering the proceedings, as posted on its web site.

## 1. Definitions

In these Rules:

**Complainant** means the party initiating a complaint concerning a domain-name registration.

**ICANN** refers to the Internet Corporation for Assigned Names and Numbers.

**Mutual Jurisdiction** means a court jurisdiction at the location of either (a) the principal office of the Registrar (provided the domain-name holder has submitted in its Registration Agreement to that jurisdiction for court adjudication of disputes concerning or arising from the use of the domain name) or (b) the domain-name holder's address as shown for the registration of the domain name in Registrar's Whois database at the time the complaint is submitted to the Provider.

**Panel** means an administrative panel appointed by a Provider to decide a complaint concerning a domain-name registration.

**Panelist** means an individual appointed by a Provider to be a member of a Panel.

**Party** means a Complainant or a Respondent.

**Policy** means the Uniform Domain Name Dispute Resolution Policy that is incorporated by reference and made a part of the Registration Agreement.

**Provider** means a dispute-resolution service provider approved by ICANN. A list of such Providers appears at www.icann.org/udrp/approved-providers.htm.

**Registrar** means the entity with which the Respondent has registered a domain name that is the subject of a complaint.

**Registration Agreement** means the agreement between a Registrar and a domain-name holder.

**Respondent** means the holder of a domain-name registration against which a complaint is initiated.

**Reverse Domain Name Hijacking** means using the Policy in bad faith to attempt to deprive a registered domain-name holder of a domain name.

**Supplemental Rules** means the rules adopted by the Provider administering a proceeding to supplement these Rules. Supplemental Rules shall not be inconsistent with the Policy or these Rules and shall cover such topics as fees, word and page limits and guidelines, the means for communicating with the Provider and the Panel, and the form of cover sheets.

## 2. <u>Communications</u>

(a) When forwarding a complaint to the Respondent, it shall be the Provider's responsibility to employ reasonably available means calculated to achieve actual notice to Respondent. Achieving actual notice, or employing the following measures to do so, shall discharge this responsibility:

(i) sending the complaint to all postal-mail and facsimile addresses (A) shown in the domain name's registration data in Registrar's Whois database for the registered domain-name holder, the technical contact, and the administrative contact and (B) supplied by Registrar to the Provider for the registration's billing contact; and

(ii) sending the complaint in electronic form (including annexes to the extent available in that form) by e-mail to:

(A) the e-mail addresses for those technical, administrative, and billing contacts;

(B) postmaster@<the contested domain name>; and

(C) if the domain name (or "www." followed by the domain name) resolves to an active web page (other than a generic page the Provider concludes is maintained by a registrar or ISP for parking domain-names registered by multiple domain-name holders), any e-mail address shown or e-mail links on that web page; and

(iii) sending the complaint to any address the Respondent has notified the Provider it prefers and, to the extent practicable, to all other addresses provided to the Provider by Complainant under Paragraph 3(b)(v).

(b) Except as provided in Paragraph 2(a), any written communication to Complainant or Respondent provided for under these Rules shall be made by the preferred means stated by the Complainant or Respondent, respectively (see Paragraphs 3(b)(iii) and 5(b)(iii)), or in the absence of such specification

    (i) by telecopy or facsimile transmission, with a confirmation of transmission; or

    (ii) by postal or courier service, postage pre-paid and return receipt requested; or

    (iii) electronically via the Internet, provided a record of its transmission is available.

(c) Any communication to the Provider or the Panel shall be made by the means and in the manner (including number of copies) stated in the Provider's Supplemental Rules.

(d) Communications shall be made in the language prescribed in Paragraph 11. E-mail communications should, if practicable, be sent in plaintext.

(e) Either Party may update its contact details by notifying the Provider and the Registrar.

(f) Except as otherwise provided in these Rules, or decided by a Panel, all communications provided for under these Rules shall be deemed to have been made:

    (i) if delivered by telecopy or facsimile transmission, on the date shown on the confirmation of transmission; or

    (ii) if by postal or courier service, on the date marked on the receipt; or

    (iii) if via the Internet, on the date that the communication was transmitted, provided that the date of transmission is verifiable.

(g) Except as otherwise provided in these Rules, all time periods calculated under these Rules to begin when a communication is made shall begin to run on the earliest date that the communication is deemed to have been made in accordance with Paragraph 2(f).

(h) Any communication by

(i) a Panel to any Party shall be copied to the Provider and to the other Party;

(ii) the Provider to any Party shall be copied to the other Party; and

(iii) a Party shall be copied to the other Party, the Panel and the Provider, as the case may be.

(i) It shall be the responsibility of the sender to retain records of the fact and circumstances of sending, which shall be available for inspection by affected parties and for reporting purposes.

(j) In the event a Party sending a communication receives notification of non-delivery of the communication, the Party shall promptly notify the Panel (or, if no Panel is yet appointed, the Provider) of the circumstances of the notification. Further proceedings concerning the communication and any response shall be as directed by the Panel (or the Provider).

## 3. **The Complaint**

(a) Any person or entity may initiate an administrative proceeding by submitting a complaint in accordance with the Policy and these Rules to any Provider approved by ICANN. (Due to capacity constraints or for other reasons, a Provider's ability to accept complaints may be suspended at times. In that event, the Provider shall refuse the submission. The person or entity may submit the complaint to another Provider.)

(b) The complaint shall be submitted in hard copy and (except to the extent not available for annexes) in electronic form and shall:

(i) Request that the complaint be submitted for decision in accordance with the Policy and these Rules;

(ii) Provide the name, postal and e-mail addresses, and the telephone and telefax numbers of the Complainant and of any representative authorized to act for the Complainant in the administrative proceeding;

(iii) Specify a preferred method for communications directed to the Complainant in the administrative proceeding (including person to be contacted, medium, and address information) for each of (A) electronic-only material and (B) material including hard copy;

(iv) Designate whether Complainant elects to have the dispute decided by a single-member or a three-member Panel and, in the event Complainant elects a three-member Panel, provide the names and contact details of three candidates to serve as one of the Panelists (these candidates may be drawn from any ICANN-approved Provider's list of panelists);

(v) Provide the name of the Respondent (domain-name holder) and all information (including any postal and e-mail addresses and telephone and telefax numbers) known to Complainant regarding how to contact Respondent or any representative of Respondent, including contact information based on pre-complaint dealings, in sufficient detail to allow the Provider to send the complaint as described in Paragraph 2(a);

(vi) Specify the domain name(s) that is/are the subject of the complaint;

(vii) Identify the Registrar(s) with whom the domain name(s) is/are registered at the time the complaint is filed;

(viii) Specify the trademark(s) or service mark(s) on which the complaint is based and, for each mark, describe the goods or services, if any, with which the mark is used (Complainant may also separately describe other goods and services with which it intends, at the time the complaint is submitted, to use the mark in the future.);

(ix) Describe, in accordance with the Policy, the grounds on which the complaint is made including, in particular,

> (1) the manner in which the domain name(s) is/are identical or confusingly similar to a trademark or service mark in which the Complainant has rights; and

> (2) why the Respondent (domain-name holder) should be considered as having no rights or legitimate interests in respect of the domain name(s) that is/are the subject of the complaint; and

> (3) why the domain name(s) should be considered as having been registered and being used in bad faith

(The description should, for elements (2) and (3), discuss any aspects of Paragraphs 4(b) and 4(c) of the Policy that are applicable. The description shall comply with any word or page limit set forth in the Provider's Supplemental Rules.);

(x) Specify, in accordance with the Policy, the remedies sought;

(xi) Identify any other legal proceedings that have been commenced or terminated in connection with or relating to any of the domain name(s) that are the subject of the complaint;

(xii) State that a copy of the complaint, together with the cover sheet as prescribed by the Provider's Supplemental Rules, has been sent or

Case 1:07-cv-07099-AKH-MHD    Document 41-5    Filed 11/26/2007    Page 21 of 28
11/21/2007 03:01 PM

transmitted to the Respondent (domain-name holder), in accordance with Paragraph 2(b);

(xiii) State that Complainant will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to the jurisdiction of the courts in at least one specified Mutual Jurisdiction;

(xiv) Conclude with the following statement followed by the signature of the Complainant or its authorized representative:

> "Complainant agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain-name holder and waives all such claims and remedies against (a) the dispute-resolution provider and panelists, except in the case of deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents."

> "Complainant certifies that the information contained in this Complaint is to the best of Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument."; and

(xv) Annex any documentary or other evidence, including a copy of the Policy applicable to the domain name(s) in dispute and any trademark or service mark registration upon which the complaint relies, together with a schedule indexing such evidence.

(c) The complaint may relate to more than one domain name, provided that the domain names are registered by the same domain-name holder.

## 4. Notification of Complaint

(a) The Provider shall review the complaint for administrative compliance with the Policy and these Rules and, if in compliance, shall forward the complaint (together with the explanatory cover sheet prescribed by the Provider's Supplemental Rules) to the Respondent, in the manner prescribed by Paragraph 2(a), within three (3) calendar days following receipt of the fees to be paid by the Complainant in accordance with Paragraph 19.

(b) If the Provider finds the complaint to be administratively deficient, it shall

Case 1:07-cv-07899-AKH-MHD    11/21/2007 03:01 PM

promptly notify the Complainant and the Respondent of the nature of the deficiencies identified. The Complainant shall have five (5) calendar days within which to correct any such deficiencies, after which the administrative proceeding will be deemed withdrawn without prejudice to submission of a different complaint by Complainant.

(c) The date of commencement of the administrative proceeding shall be the date on which the Provider completes its responsibilities under Paragraph 2(a) in connection with forwarding the Complaint to the Respondent.

(d) The Provider shall immediately notify the Complainant, the Respondent, the concerned Registrar(s), and ICANN of the date of commencement of the administrative proceeding.

## 5. **The Response**

(a) Within twenty (20) days of the date of commencement of the administrative proceeding the Respondent shall submit a response to the Provider.

(b) The response shall be submitted in hard copy and (except to the extent not available for annexes) in electronic form and shall:

> (i) Respond specifically to the statements and allegations contained in the complaint and include any and all bases for the Respondent (domain-name holder) to retain registration and use of the disputed domain name (This portion of the response shall comply with any word or page limit set forth in the Provider's Supplemental Rules.);

> (ii) Provide the name, postal and e-mail addresses, and the telephone and telefax numbers of the Respondent (domain-name holder) and of any representative authorized to act for the Respondent in the administrative proceeding;

> (iii) Specify a preferred method for communications directed to the Respondent in the administrative proceeding (including person to be contacted, medium, and address information) for each of (A) electronic-only material and (B) material including hard copy;

> (iv) If Complainant has elected a single-member panel in the Complaint (see Paragraph 3(b)(iv)), state whether Respondent elects instead to have the dispute decided by a three-member panel;

> (v) If either Complainant or Respondent elects a three-member Panel, provide the names and contact details of three candidates to serve as one of the Panelists (these candidates may be drawn from any ICANN-approved Provider's list of panelists);

> (vi) Identify any other legal proceedings that have been commenced or

terminated in connection with or relating to any of the domain name(s) that are the subject of the complaint;

(vii) State that a copy of the response has been sent or transmitted to the Complainant, in accordance with <u>Paragraph 2(b)</u>; and

(viii) Conclude with the following statement followed by the signature of the Respondent or its authorized representative:

> "Respondent certifies that the information contained in this Response is to the best of Respondent's knowledge complete and accurate, that this Response is not being presented for any improper purpose, such as to harass, and that the assertions in this Response are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument."; and

(ix) Annex any documentary or other evidence upon which the Respondent relies, together with a schedule indexing such documents.

(c) If Complainant has elected to have the dispute decided by a single-member Panel and Respondent elects a three-member Panel, Respondent shall be required to pay one-half of the applicable fee for a three-member Panel as set forth in the Provider's Supplemental Rules. This payment shall be made together with the submission of the response to the Provider. In the event that the required payment is not made, the dispute shall be decided by a single-member Panel.

(d) At the request of the Respondent, the Provider may, in exceptional cases, extend the period of time for the filing of the response. The period may also be extended by written stipulation between the Parties, provided the stipulation is approved by the Provider.

(e) If a Respondent does not submit a response, in the absence of exceptional circumstances, the Panel shall decide the dispute based upon the complaint.

## 6. <u>Appointment of the Panel and Timing of Decision</u>

(a) Each Provider shall maintain and publish a publicly available list of panelists and their qualifications.

(b) If neither the Complainant nor the Respondent has elected a three-member Panel (<u>Paragraphs 3(b)(iv)</u> and <u>5(b)(iv)</u>), the Provider shall appoint, within five (5) calendar days following receipt of the response by the Provider, or the lapse of the time period for the submission thereof, a single Panelist from its list of panelists. The fees for a single-member Panel shall be paid entirely by the Complainant.

(c) If either the Complainant or the Respondent elects to have the dispute decided by a three-member Panel, the Provider shall appoint three Panelists in accordance with the procedures identified in Paragraph 6(e). The fees for a three-member Panel shall be paid in their entirety by the Complainant, except where the election for a three-member Panel was made by the Respondent, in which case the applicable fees shall be shared equally between the Parties.

(d) Unless it has already elected a three-member Panel, the Complainant shall submit to the Provider, within five (5) calendar days of communication of a response in which the Respondent elects a three-member Panel, the names and contact details of three candidates to serve as one of the Panelists. These candidates may be drawn from any ICANN-approved Provider's list of panelists.

(e) In the event that either the Complainant or the Respondent elects a three-member Panel, the Provider shall endeavor to appoint one Panelist from the list of candidates provided by each of the Complainant and the Respondent. In the event the Provider is unable within five (5) calendar days to secure the appointment of a Panelist on its customary terms from either Party's list of candidates, the Provider shall make that appointment from its list of panelists. The third Panelist shall be appointed by the Provider from a list of five candidates submitted by the Provider to the Parties, the Provider's selection from among the five being made in a manner that reasonably balances the preferences of both Parties, as they may specify to the Provider within five (5) calendar days of the Provider's submission of the five-candidate list to the Parties.

(f) Once the entire Panel is appointed, the Provider shall notify the Parties of the Panelists appointed and the date by which, absent exceptional circumstances, the Panel shall forward its decision on the complaint to the Provider.

## 7. Impartiality and Independence

A Panelist shall be impartial and independent and shall have, before accepting appointment, disclosed to the Provider any circumstances giving rise to justifiable doubt as to the Panelist's impartiality or independence. If, at any stage during the administrative proceeding, new circumstances arise that could give rise to justifiable doubt as to the impartiality or independence of the Panelist, that Panelist shall promptly disclose such circumstances to the Provider. In such event, the Provider shall have the discretion to appoint a substitute Panelist.

## 8. Communication Between Parties and the Panel

No Party or anyone acting on its behalf may have any unilateral communication with the Panel. All communications between a Party and the Panel or the Provider shall be made to a case administrator appointed by the Provider in the manner prescribed in the Provider's Supplemental Rules.

## 9. Transmission of the File to the Panel

The Provider shall forward the file to the Panel as soon as the Panelist is appointed in the

case of a Panel consisting of a single member, or as soon as the last Panelist is appointed in the case of a three-member Panel.

## 10. General Powers of the Panel

(a) The Panel shall conduct the administrative proceeding in such manner as it considers appropriate in accordance with the Policy and these Rules.

(b) In all cases, the Panel shall ensure that the Parties are treated with equality and that each Party is given a fair opportunity to present its case.

(c) The Panel shall ensure that the administrative proceeding takes place with due expedition. It may, at the request of a Party or on its own motion, extend, in exceptional cases, a period of time fixed by these Rules or by the Panel.

(d) The Panel shall determine the admissibility, relevance, materiality and weight of the evidence.

(e) A Panel shall decide a request by a Party to consolidate multiple domain name disputes in accordance with the Policy and these Rules.

## 11. Language of Proceedings

(a) Unless otherwise agreed by the Parties, or specified otherwise in the Registration Agreement, the language of the administrative proceeding shall be the language of the Registration Agreement, subject to the authority of the Panel to determine otherwise, having regard to the circumstances of the administrative proceeding.

(b) The Panel may order that any documents submitted in languages other than the language of the administrative proceeding be accompanied by a translation in whole or in part into the language of the administrative proceeding.

## 12. Further Statements

In addition to the complaint and the response, the Panel may request, in its sole discretion, further statements or documents from either of the Parties.

## 13. In-Person Hearings

There shall be no in-person hearings (including hearings by teleconference, videoconference, and web conference), unless the Panel determines, in its sole discretion and as an exceptional matter, that such a hearing is necessary for deciding the complaint.

## 14. Default

(a) In the event that a Party, in the absence of exceptional circumstances, does not comply with any of the time periods established by these Rules or the Panel, the Panel shall proceed to a decision on the complaint.

(b) If a Party, in the absence of exceptional circumstances, does not comply with any provision of, or requirement under, these Rules or any request from the Panel, the Panel shall draw such inferences therefrom as it considers appropriate.

## 15. Panel Decisions

(a) A Panel shall decide a complaint on the basis of the statements and documents submitted and in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable.

(b) In the absence of exceptional circumstances, the Panel shall forward its decision on the complaint to the Provider within fourteen (14) days of its appointment pursuant to Paragraph 6.

(c) In the case of a three-member Panel, the Panel's decision shall be made by a majority.

(d) The Panel's decision shall be in writing, provide the reasons on which it is based, indicate the date on which it was rendered and identify the name(s) of the Panelist(s).

(e) Panel decisions and dissenting opinions shall normally comply with the guidelines as to length set forth in the Provider's Supplemental Rules. Any dissenting opinion shall accompany the majority decision. If the Panel concludes that the dispute is not within the scope of Paragraph 4(a) of the Policy, it shall so state. If after considering the submissions the Panel finds that the complaint was brought in bad faith, for example in an attempt at Reverse Domain Name Hijacking or was brought primarily to harass the domain-name holder, the Panel shall declare in its decision that the complaint was brought in bad faith and constitutes an abuse of the administrative proceeding.

## 16. Communication of Decision to Parties

(a) Within three (3) calendar days after receiving the decision from the Panel, the Provider shall communicate the full text of the decision to each Party, the concerned Registrar(s), and ICANN. The concerned Registrar(s) shall immediately communicate to each Party, the Provider, and ICANN the date for the implementation of the decision in accordance with the Policy.

(b) Except if the Panel determines otherwise (see Paragraph 4(j) of the Policy), the Provider shall publish the full decision and the date of its implementation on a publicly accessible web site. In any event, the portion of any decision determining a complaint to have been brought in bad faith (see Paragraph 15(e) of these Rules) shall be published.

## 17. Settlement or Other Grounds for Termination

(a) If, before the Panel's decision, the Parties agree on a settlement, the Panel

shall terminate the administrative proceeding.

(b) If, before the Panel's decision is made, it becomes unnecessary or impossible to continue the administrative proceeding for any reason, the Panel shall terminate the administrative proceeding, unless a Party raises justifiable grounds for objection within a period of time to be determined by the Panel.

## 18. Effect of Court Proceedings

(a) In the event of any legal proceedings initiated prior to or during an administrative proceeding in respect of a domain-name dispute that is the subject of the complaint, the Panel shall have the discretion to decide whether to suspend or terminate the administrative proceeding, or to proceed to a decision.

(b) In the event that a Party initiates any legal proceedings during the pendency of an administrative proceeding in respect of a domain-name dispute that is the subject of the complaint, it shall promptly notify the Panel and the Provider. See Paragraph 8 above.

## 19. Fees

(a) The Complainant shall pay to the Provider an initial fixed fee, in accordance with the Provider's Supplemental Rules, within the time and in the amount required. A Respondent electing under Paragraph 5(b)(iv) to have the dispute decided by a three-member Panel, rather than the single-member Panel elected by the Complainant, shall pay the Provider one-half the fixed fee for a three-member Panel. See Paragraph 5(c). In all other cases, the Complainant shall bear all of the Provider's fees, except as prescribed under Paragraph 19(d). Upon appointment of the Panel, the Provider shall refund the appropriate portion, if any, of the initial fee to the Complainant, as specified in the Provider's Supplemental Rules.

(b) No action shall be taken by the Provider on a complaint until it has received from Complainant the initial fee in accordance with Paragraph 19(a).

(c) If the Provider has not received the fee within ten (10) calendar days of receiving the complaint, the complaint shall be deemed withdrawn and the administrative proceeding terminated.

(d) In exceptional circumstances, for example in the event an in-person hearing is held, the Provider shall request the Parties for the payment of additional fees, which shall be established in agreement with the Parties and the Panel.

## 20. Exclusion of Liability

Except in the case of deliberate wrongdoing, neither the Provider nor a Panelist shall be liable to a Party for any act or omission in connection with any administrative proceeding under these Rules.

11/21/2007 03:01 PM

## 21. Amendments

The version of these Rules in effect at the time of the submission of the complaint to the Provider shall apply to the administrative proceeding commenced thereby. These Rules may not be amended without the express written approval of ICANN.

Comments concerning the layout, construction and functionality of this site should be sent to webmaster@icann.org.

Page Updated 05-Feb-2002

©2000, 2002  The Internet Corporation for Assigned Names and Numbers. All rights reserved.