# EXHIBIT P

christopher serbagi                                                    Mon, Nov 19, 2007 6:46 PM

**Subject: RE: <no subject>**
**Date:** Thursday, October 25, 2007 12:12 PM
**From:** Dabney, James W. <James.Dabney@friedfrank.com>
**To:** Christopher Serbagi <c.serbagi@earthlink.net>
**Conversation:** <no subject>

Magistrate Judge Dolinger's office called this morning. I told them you had requested until November 21 and we were fine with that. Our reply would then be served December 4. Magistrate Judge Dolinger has offered any of December 10, 11, or 12 at either 10:00 a.m. or 2:00 p.m. for oral argument. We would prefer December 11 at 10; please advise as to your preference.

Thank you.

-----Original Message-----
From: Christopher Serbagi [mailto:c.serbagi@earthlink.net]
Sent: Tuesday, October 23, 2007 7:00 PM
To: Dabney, James W.
Subject: <no subject>

James:

Please advise whether you will consent to a two week extension to oppose Mr.
Nissen's motion for attorney's fees. According to my calculation, this would make our opposition due on Nov. 21. Thank you.

Christopher Serbagi


Law Offices of Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York  10022
Tele: 212-593-2112
Fax:  212-308-8582
Email: c.serbagi@earthlink.net
Web Site: www.serbagi.com

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any  attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

# EXHIBIT Q

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FOREST LABORATORIES, INC,

          Plaintiff,

   -against-

LEIF NISSEN,

          Defendant
------------------------------------X

ORDER

07 Civ. 7399 (AKH)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion for an award of attorney's fees having been filed by the defendant on October 23, 2007,

It is hereby **ORDERED**:

1. Plaintiff is to serve and file any response to defendant's motion by no later than NOVEMBER 21, 2007.

2. Defendant is to serve and file any reply papers by no later than DECEMBER 4, 2007.

3. At the request of defendant, oral argument on this motion will be heard on **DECEMBER 11, 2007, at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street,

New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:   New York, New York
         October 25, 2007

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Christopher Serbagi, Esq.
Law Office of Christopher Serbagi
488 Madison Ave
Suite 110
New York, NY 10022

Eric M. Agovino, Esq.
Patent Counsel
Forest Laboratories, Inc.
909 Third Avenue
New York, NY 10022

James Dabney, Esq.
Fried, Frank, Harris,
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004